TAM:JHK
Brooks-bail.for

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF MOTION** |
| - against - | Criminal Action<br>06 CR 550 (S-2) (JS) |
| DAVID H. BROOKS, | |
| Defendant, | |
| - and - | |
| VICTORIA BROOKS,<br>ANDREW BROOKS,<br>JEFFREY BROOKS, and<br>TERRY BROOKS, | |
| Sureties. | |

- - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that upon the annexed application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney James H. Knapp, of counsel, before the Honorable Joanna Seybert, United States District Judge for the Eastern District of New York, at a time on a date to be scheduled by the Court, at the Long Island Federal Courthouse, 100 Federal Plaza, Room 1030, Central Islip, New York 11722, the United States will move for: (1) an order, pursuant to Rule 46(f)(1) of the Federal Rules of Criminal Procedure, forfeiting the bail posted herein; (2) an order, pursuant to Rule 46(f)(3) of the Federal Rules of Criminal Procedure, entering judgment by default on the bail bond of DAVID H. BROOKS ("BROOKS"), against BROOKS as defendant, and VICTORIA

-2-

BROOKS, ANDREW BROOKS, JEFFREY BROOKS, and TERRY BROOKS, (collectively "THE SURETIES"), as sureties in the amount of Four Hundred Million Dollars and zero cents ($400,000,000.00); (3) an order forfeiting to the United States all right, title and interest in the funds on deposit in the monitored accounts of BROOKS and THE SURETIES posted as security for BROOKS' bail bond; and (4) an order directing the financial institutions on which the bail forfeiture order is served to forthwith remit the funds on deposit in the monitored accounts of BROOKS and THE SURETIES payable to: Clerk of the Court, Eastern District of New York.

Dated:   Central Islip, New York
         January 20, 2010

> BENTON J. CAMPBELL
> United States Attorney
> Eastern District of New York
> 610 Federal Plaza
> Central Islip, New York 11722
>
> By:   s/ James H. Knapp
>       JAMES H. KNAPP
>       Assistant U.S. Attorney
>       (631) 715-7879

To:  David H. Brooks
     Victoria Brooks
     Andrew Brooks
     Jeffrey Brooks
     Terry Brooks

     Clerk of the Court

## CERTIFICATE OF MAILING

IT IS HEREBY CERTIFIED that service of the foregoing: **Notice of Motion; Notice to the Clerk of the Court; Declaration of AUSA James H. Knapp, dated January 20, 2010, with exhibits "A" through "D", and Order of Forfeiture Directing Entry of Judgment,** has this 20th day of January, 2010, been made by delivering, by Federal Express courier, a copy thereof, in a prepaid envelope, to the following addresses:

DAVID H. BROOKS
200 East 64th Street, 19th Floor
New York, New York 10065

and

c/o James M. LaRossa, Esq.
Attorney for DAVID H. BROOKS
200 East 64th Street, Apt. 14D
New York, New York 10016

VICTORIA BROOKS
20 Red Ground Road
Old Westbury, New York 11568

800 South Ocean Boulevard., Apt. 406
Boca Raton, Florida 33432

ANDREW BROOKS
20 Red Ground Road
Old Westbury, New York 11568

JEFFREY BROOKS
200 East 64th Street, 19th Floor
New York, New York 10065

151 East 58th Street, PH53W
New York, New York 10022

-2-

TERRY BROOKS
20 Red Ground Road
Old Westbury, New York 11568

and

c/o Lisa Bebchick, Esq.
Fried, Frank, Harris, Shriver & Jacobson
Attorneys for TERRY BROOKS
One New York Plaza
New York, New York 10004

By:   s/ Brian Gappa
      Brian Gappa