

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York  11722*

January 26, 2010

BY ECF

James M. LaRossa, Esq.
200 East 64th Street, Apt. 14D
New York, New York 10065

Roland G. Riopelle
Sercarz & Riopelle, LLP
152 West 57th Street
24th Floor
New York, New York 10019

      Re:  United States v. Brooks and Hatfield
           Criminal Docket No. 06-550 (S-2)(JS)

Dear Messrs. LaRossa and Riopelle:

      Yesterday, the government gave you a hard copy of supplemental § 3500 material for Mario Lejtman and Mary Kreidell and a compact disk containing exhibits for the government's second ten witnesses.  Those witnesses are
1. Arthur Nestved
2. Mark Burton
3. Carl Conte
4. Bix Demayo
5. Glen Hartung
6. Charlie Karp
7. Mary Kreidell
8. Geraldine Bargazone
9. Eleanore Kaye

10. Leslie Urban

                                  Very truly yours,

                                  BENTON J. CAMPBELL
                                  United States Attorney
                                  Eastern District of New York

                          By:       /s/
                                  Christopher C. Caffarone
                                  Assistant U.S. Attorney
                                  (631) 715-7868

CC:  Clerk of Court (JS)