```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        -against-                              ORDER
                                               06-CR-0550 (JS)
SANDRA HATFIELD, DAVID H. BROOKS,
PATRICIA LENNEX

                 Defendants.
----------------------------------X
APPEARANCES:
For Government:      Richard Thomas Lunger, Jr., Esq.
                     Christopher Allen Ott, Esq.
                     James Halleron Knapp, Esq.
                     James M. Miskiewicz, Esq.
                     United States Attorneys Office
                     610 Federal Plaza
                     Central Islip, NY 11722-4454
For Defendants:

Sandra Hatfield      Roland G. Riopelle, Esq.
                     Maurice H. Sercarz, Esq.
                     Sercarz & Riopelle, LLP
                     152 West 57th Street, 24th Floor
                     New York, NY 10019

David Brooks         John C. Meringolo, Esq.
                     Meringolo and Associates, P.C.
                     1790 Broadway, Suite 1501
                     New York, NY 10019

                     Zaki I. Tamir, Esq.
                     Gofer Tamir and Assoc.
                     55 Broad Street
                     New York, NY 10004

                     James M. LaRossa, Esq.
                     240 West End Avenue
                     New York, NY 10023

                     Kenneth Ravenell, Esq.
                     William H. Murphy, Jr., Esq.
                     The Murphy Firm
                     1 South Street, 23rd Floor
                     Baltimore, MD 21202

                     Richard Ware Levitt, Esq.
                     Yvonne Shivers, Esq.
```

```
                         Law Offices of Richard W. Levitt
                         148 E. 78th Street
                         New York, NY 10021

                         Roger V Archibald, Esq.
                         William C. Thompson, Esq.
                         16 Court Street
                         Brooklyn, NY 11241

Patricia Lennex:         Michael F. Bachner, Esq.
                         Bachner & Herskovits, P.C.
                         26 Broadway, Suite 2310
                         New York, NY 10004
```

SEYBERT, District Judge:

Defendant David Brooks has been remanded to custody. Consequently, Global Security Group, Inc. is discharged from its function as Court-appointed monitor. Defendant Brooks' posted bond security is forfeit to the United States Government. Upon the conditions the Court has previously set, Defendant Brooks may petition to have a portion of that forfeit set aside. Any restraints that the Bond Release Order imposed on David H. Brooks, Victoria Brooks, Andrew Brooks, Elizabeth Brooks, Jeffrey Brooks and Terry Brooks, or their assets, are hereby lifted.

Within seven (7) days, Defendant Brooks is ORDERED to pay Global Security Group, Inc. the sum of $87,667.51, representing Global Security Group's bills due and owning. To that end, pursuant to N.Y. C.P.L.R. § 5222 and its own inherent power, the Court hereby issues a Restraining Notice directed against all of Defendant Brooks' personal bank accounts. Until Mr. Brooks extinguishes his debt to Global Security Group, Inc., he may use

his personal bank accounts only to make payments to Global Security Group, Inc.  See N.Y. C.P.L.R. § 5222(b) (debtors may use restrained accounts only "upon direction of the sheriff or pursuant to an order of the court").  This Restraining Notice includes, but is not limited to, Defendant Brooks' Chase account ending in # 2497.  Defendant Brooks failure to extinguish his debt to Global Security Group, Inc. within seven (7) days may result in the Court holding him in contempt and imposing monetary sanctions.

Counsel for Defendant Brooks is ORDERED to serve a copy of this Order upon Global Security Group, Inc. who, in turn, is directed to serve a copy of this Order upon each bank where Defendant Brooks maintains an account.

All disputes concerning this Order are hereby REFERRED to Magistrate Judge E. Thomas Boyle.

SO ORDERED.

_____/s/_____
Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          January 28, 2010