```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        -against-                        ORDER
                                         06-CR-0550 (JS)
SANDRA HATFIELD, DAVID H. BROOKS,
PATRICIA LENNEX

                Defendants.
----------------------------------X
APPEARANCES:
For Government:      Richard Thomas Lunger, Jr., Esq.
                     Christopher Allen Ott, Esq.
                     James Halleron Knapp, Esq.
                     James M. Miskiewicz, Esq.
                     United States Attorneys Office
                     610 Federal Plaza
                     Central Islip, NY 11722-4454
For Defendants:

Sandra Hatfield      Roland G. Riopelle, Esq.
                     Maurice H. Sercarz, Esq.
                     Sercarz & Riopelle, LLP
                     152 West 57th Street, 24th Floor
                     New York, NY 10019

David Brooks         John C. Meringolo, Esq.
                     Meringolo and Associates, P.C.
                     1790 Broadway, Suite 1501
                     New York, NY 10019

                     Zaki I. Tamir, Esq.
                     Gofer Tamir and Assoc.
                     55 Broad Street
                     New York, NY 10004

                     James M. LaRossa, Esq.
                     240 West End Avenue
                     New York, NY 10023

                     Kenneth Ravenell, Esq.
                     William H. Murphy, Jr., Esq.
                     The Murphy Firm
                     1 South Street, 23rd Floor
                     Baltimore, MD 21202
```

                    Richard Ware Levitt, Esq.
                    Yvonne Shivers, Esq.
                    Law Offices of Richard W. Levitt
                    148 E. 78th Street
                    New York, NY 10021

                    Roger V Archibald, Esq.
                    William C. Thompson, Esq.
                    16 Court Street
                    Brooklyn, NY 11241

SEYBERT, District Judge:

The Queens Private Detention Center, Warden William Zerillo, Administrator Jason Maffia and Dr. Lyubov Gorelick are hereby ORDERED to provide medication to David H. Brooks as directed by prescriptions written by Dr. Michael R. Liebowitz.

The Court issues this order in consideration of: (1) the Report and Recommendations issued by the Hon. A. Kathleen Tomlinson, U.S.M.J., on February 13, 2010; (2) the Court's own discussions with Dr. Gorelick and Dr. Liebowitz; (3) the Court's observations of Mr. Brooks; and (4) the representations of Mr. Brooks' counsel.

Mr. Brooks must pay any expenses associated with administering his medication while incarcerated; including any necessary monitoring that might follow.

SO ORDERED.

```
              /s/
Joanna Seybert, U.S.D.J.
```

Dated:    Central Islip, New York
          February 16, 2010