```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

         -against-                         ORDER
                                           06-CR-0550 (JS)

SANDRA HATFIELD, DAVID H. BROOKS,
PATRICIA LENNEX

                 Defendants.
----------------------------------X
APPEARANCES:
For Government:      Richard Thomas Lunger, Jr., Esq.
                     Christopher Allen Ott, Esq.
                     James Halleron Knapp, Esq.
                     James M. Miskiewicz, Esq.
                     United States Attorneys Office
                     610 Federal Plaza
                     Central Islip, NY 11722-4454
For Defendants:

Sandra Hatfield      Roland G. Riopelle, Esq.
                     Maurice H. Sercarz, Esq.
                     Sercarz & Riopelle, LLP
                     152 West 57th Street, 24th Floor
                     New York, NY 10019

David Brooks         John C. Meringolo, Esq.
                     Meringolo and Associates, P.C.
                     1790 Broadway, Suite 1501
                     New York, NY 10019

                     Zaki I. Tamir, Esq.
                     Gofer Tamir and Assoc.
                     55 Broad Street
                     New York, NY 10004

                     James M. LaRossa, Esq.
                     240 West End Avenue
                     New York, NY 10023

                     Kenneth Ravenell, Esq.
                     William H. Murphy, Jr., Esq.
                     The Murphy Firm
                     1 South Street, 23rd Floor
                     Baltimore, MD 21202
```

                    Richard Ware Levitt, Esq.
                    Yvonne Shivers, Esq.
                    Law Offices of Richard W. Levitt
                    148 E. 78th Street
                    New York, NY 10021

                    Roger V Archibald, Esq.
                    William C. Thompson, Esq.
                    16 Court Street
                    Brooklyn, NY 11241

SEYBERT, District Judge:

On March 18, 2010, Mr. Brooks' attorney, Kenneth Ravenell, repeatedly asked witness Dawn Schlegel if she lied under oath when she testified about her relationship with Eiran Adar. Mr. Ravenell then repeatedly insinuated that he had an e-mail which proved that Ms. Schlegel lied under oath. But, at sidebar, Mr. Ravenell refused to show this e-mail either to Ms. Schlegel or the Government, and made no effort to admit the e-mail into evidence. This is unacceptable, and more akin to Sen. Joseph McCarthy's famous speech in Wheeling, West Virginia than anything that should take place inside a courtroom.[1]

Mr. Ravenell is directed to provide both the Court and the Government with a copy of this alleged e-mail by 12:00 p.m. on March 20, 2010. Mr. Ravenell is further directed to show

---

[1] On February 9, 1950, Sen. McCarthy spoke to the Republican Women's Club in Wheeling, West Virginia. During this speech, Sen. McCarthy waived a piece of paper around which, he claimed, contained the names of 205 known Communists working for the U.S. State Department. Sen. McCarthy never made this supposed list public, and a subsequent investigation failed to support most of his claims.

this e-mail to Ms. Schlegel at the <u>beginning</u> of his March 22 cross-examination, and ask her to authenticate it. If Ms. Schlegel fails to authenticate it, Mr. Ravenell (or one of Mr. Brooks' other attorneys) is directed to authenticate it by other means, outside the jury's presence. If Mr. Brooks' counsel cannot authenticate it, the Court will strike, in its entirety, Ms. Schlegel's cross-examination testimony with respect to her sexual relationship with Mr. Adar. The Court will further order the jury to disregard this testimony.

SO ORDERED.

_____/s/_____
Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          March 19, 2010