```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

         -against-                              ORDER
                                                06-CR-0550 (JS)
SANDRA HATFIELD, DAVID H. BROOKS,
PATRICIA LENNEX

                    Defendants.
----------------------------------X
APPEARANCES:
For Government:      Richard Thomas Lunger, Jr., Esq.
                     Christopher Allen Ott, Esq.
                     James Halleron Knapp, Esq.
                     James M. Miskiewicz, Esq.
                     United States Attorneys Office
                     610 Federal Plaza
                     Central Islip, NY 11722-4454
For Defendants:

Sandra Hatfield      Roland G. Riopelle, Esq.
                     Maurice H. Sercarz, Esq.
                     Sercarz & Riopelle, LLP
                     152 West 57th Street, 24th Floor
                     New York, NY 10019

David Brooks         John C. Meringolo, Esq.
                     Meringolo and Associates, P.C.
                     1790 Broadway, Suite 1501
                     New York, NY 10019

                     Zaki I. Tamir, Esq.
                     Gofer Tamir and Assoc.
                     55 Broad Street
                     New York, NY 10004

                     James M. LaRossa, Esq.
                     240 West End Avenue
                     New York, NY 10023

                     Kenneth Ravenell, Esq.
                     William H. Murphy, Jr., Esq.
                     The Murphy Firm
                     1 South Street, 23rd Floor
                     Baltimore, MD 21202
```

Richard Ware Levitt, Esq.
Yvonne Shivers, Esq.
Law Offices of Richard W. Levitt
148 E. 78th Street
New York, NY 10021

Roger V Archibald, Esq.
William C. Thompson, Esq.
16 Court Street
Brooklyn, NY 11241

SEYBERT, District Judge:

The Court has not yet found that Defendant David Brooks has invoked an advice-of-counsel defense. But Mr. Brooks has come close on several occasions. To reduce any future delays should Mr. Brooks, in fact, invoke an advice-of-counsel defense, the Court hereby ORDERS Mr. Brooks' legal team to: (1) assemble all documents concerning the subjects covered in the Indictment that have been withheld from disclosure on the basis of attorney-client privilege and/or the attorney-work product doctrine; and (2) prepare these documents so that they can be produced to the Government <u>immediately</u> upon the issuance of any Court order compelling Mr. Brooks to do so. Mr. Brooks has until Wednesday, April 7, 2010 to comply with this Order.[1] After that date, the Court will expect Mr. Brooks to be able to immediately comply with any Court order requiring him to

---

[1] In this regard, the Court notes that the Court has long made Mr. Brooks aware of the possibility that he would be required to produce privileged and work-product protected materials, and thus should have been making arrangements to do so long before this Order.

2

disclose privileged and work-product protected materials. Failing to do so may result in the Court precluding Mr. Brooks from asserting an advice of counsel defense, and/or providing other relief that the Court deems just and proper.

SO ORDERED.

_____/s/_____
Joanna Seybert, U.S.D.J.

Dated:   Central Islip, New York
         March 26, 2010