# Armor Holdings, Inc.
Source: CRSP

| Date | Price | Volume |
|------|-------|--------|
| 1/2/03 | $14.00 | 207,700 |
| 1/3/03 | $13.86 | 100,600 |
| 1/6/03 | $14.19 | 74,800 |
| 1/7/03 | $13.85 | 52,300 |
| 1/8/03 | $13.67 | 49,800 |
| 1/9/03 | $13.85 | 69,000 |
| 1/10/03 | $14.15 | 112,000 |
| 1/13/03 | $14.09 | 149,900 |
| 1/14/03 | $13.95 | 48,600 |
| 1/15/03 | $14.50 | 141,100 |
| 1/16/03 | $14.11 | 121,600 |
| 1/17/03 | $14.03 | 69,900 |
| 1/21/03 | $13.42 | 144,100 |
| 1/22/03 | $13.27 | 116,400 |
| 1/23/03 | $13.17 | 68,700 |
| 1/24/03 | $12.88 | 74,500 |
| 1/27/03 | $12.58 | 65,800 |
| 1/28/03 | $12.70 | 87,300 |
| 1/29/03 | $12.77 | 44,800 |
| 1/30/03 | $12.70 | 105,000 |
| 1/31/03 | $13.17 | 100,800 |
| 2/3/03 | $12.72 | 191,800 |
| 2/4/03 | $12.95 | 81,400 |
| 2/5/03 | $12.52 | 92,700 |
| 2/6/03 | $12.30 | 164,400 |
| 2/7/03 | $12.00 | 259,300 |
| 2/10/03 | $11.95 | 417,600 |
| 2/11/03 | $11.98 | 280,100 |
| 2/12/03 | $12.00 | 123,300 |
| 2/13/03 | $12.04 | 70,000 |
| 2/14/03 | $11.83 | 66,100 |
| 2/18/03 | $12.14 | 59,600 |
| 2/19/03 | $11.80 | 114,600 |
| 2/20/03 | $11.67 | 56,700 |
| 2/21/03 | $11.90 | 122,400 |
| 2/24/03 | $11.29 | 111,600 |
| 2/25/03 | $11.65 | 1,187,200 |
| 2/26/03 | $10.85 | 1,573,300 |
| 2/27/03 | $10.87 | 315,600 |
| 2/28/03 | $11.25 | 174,900 |
| 3/3/03 | $10.89 | 148,600 |
| 3/4/03 | $10.76 | 127,300 |
| 3/5/03 | $10.44 | 151,100 |
| 3/6/03 | $10.55 | 157,900 |
| 3/7/03 | $10.63 | 109,400 |
| 3/10/03 | $9.91 | 271,800 |
| 3/11/03 | $9.79 | 181,300 |
| 3/12/03 | $9.77 | 212,600 |
| 3/13/03 | $9.95 | 64,100 |
| 3/14/03 | $9.67 | 133,300 |

# Armor Holdings, Inc.
Source:  CRSP

| Date | Price | Volume |
|------|-------|--------|
| 3/17/03 | $9.99 | 145,700 |
| 3/18/03 | $10.00 | 200,100 |
| 3/19/03 | $9.95 | 110,100 |
| 3/20/03 | $9.92 | 95,300 |
| 3/21/03 | $9.87 | 154,100 |
| 3/24/03 | $10.05 | 305,400 |
| 3/25/03 | $10.00 | 139,500 |
| 3/26/03 | $9.91 | 148,400 |
| 3/27/03 | $9.86 | 158,600 |
| 3/28/03 | $9.84 | 115,900 |
| 3/31/03 | $10.00 | 235,300 |
| 4/1/03 | $10.27 | 188,300 |
| 4/2/03 | $10.40 | 221,200 |
| 4/3/03 | $10.50 | 245,800 |
| 4/4/03 | $10.50 | 276,100 |
| 4/7/03 | $10.62 | 150,900 |
| 4/8/03 | $10.51 | 159,500 |
| 4/9/03 | $10.31 | 350,600 |
| 4/10/03 | $10.67 | 318,500 |
| 4/11/03 | $10.95 | 106,800 |
| 4/14/03 | $10.89 | 216,700 |
| 4/15/03 | $10.90 | 59,100 |
| 4/16/03 | $10.82 | 88,200 |
| 4/17/03 | $11.04 | 75,700 |
| 4/21/03 | $11.14 | 317,100 |
| 4/22/03 | $11.77 | 146,900 |
| 4/23/03 | $12.11 | 245,900 |
| 4/24/03 | $11.82 | 73,300 |
| 4/25/03 | $11.95 | 89,200 |
| 4/28/03 | $12.00 | 126,400 |
| 4/29/03 | $11.84 | 148,000 |
| 4/30/03 | $12.05 | 88,000 |
| 5/1/03 | $12.35 | 96,000 |
| 5/2/03 | $12.63 | 133,600 |
| 5/5/03 | $12.55 | 153,500 |
| 5/6/03 | $12.40 | 93,900 |
| 5/7/03 | $12.36 | 116,800 |
| 5/8/03 | $12.53 | 106,700 |
| 5/9/03 | $12.83 | 69,400 |
| 5/12/03 | $13.49 | 326,900 |
| 5/13/03 | $13.68 | 127,700 |
| 5/14/03 | $13.67 | 112,700 |
| 5/15/03 | $13.99 | 101,600 |
| 5/16/03 | $12.75 | 240,100 |
| 5/19/03 | $12.93 | 109,600 |
| 5/20/03 | $12.75 | 70,000 |
| 5/21/03 | $12.63 | 39,400 |
| 5/22/03 | $12.63 | 109,600 |
| 5/23/03 | $12.87 | 54,300 |
| 5/27/03 | $13.42 | 53,000 |

# Armor Holdings, Inc.

Source:  CRSP

| Date | Price | Volume |
|------|-------|--------|
| 5/28/03 | $13.40 | 48,800 |
| 5/29/03 | $13.50 | 63,600 |
| 5/30/03 | $13.61 | 93,700 |
| 6/2/03 | $13.45 | 88,600 |
| 6/3/03 | $13.49 | 133,700 |
| 6/4/03 | $13.46 | 215,600 |
| 6/5/03 | $13.40 | 234,400 |
| 6/6/03 | $13.28 | 164,000 |
| 6/9/03 | $13.09 | 93,600 |
| 6/10/03 | $13.90 | 194,800 |
| 6/11/03 | $14.23 | 92,400 |
| 6/12/03 | $14.48 | 50,500 |
| 6/13/03 | $14.12 | 73,000 |
| 6/16/03 | $14.65 | 138,100 |
| 6/17/03 | $14.79 | 86,500 |
| 6/18/03 | $14.77 | 43,000 |
| 6/19/03 | $13.75 | 262,600 |
| 6/20/03 | $14.30 | 100,000 |
| 6/23/03 | $13.56 | 96,000 |
| 6/24/03 | $13.50 | 58,300 |
| 6/25/03 | $12.96 | 224,100 |
| 6/26/03 | $12.75 | 148,700 |
| 6/27/03 | $13.00 | 106,100 |
| 6/30/03 | $13.40 | 455,900 |
| 7/1/03 | $12.98 | 153,300 |
| 7/2/03 | $13.20 | 181,400 |
| 7/3/03 | $13.10 | 43,700 |
| 7/7/03 | $13.75 | 291,900 |
| 7/8/03 | $13.67 | 110,300 |
| 7/9/03 | $14.20 | 178,700 |
| 7/10/03 | $14.02 | 98,500 |
| 7/11/03 | $14.32 | 147,400 |
| 7/14/03 | $14.30 | 119,800 |
| 7/15/03 | $14.57 | 109,700 |
| 7/16/03 | $14.65 | 87,800 |
| 7/17/03 | $14.49 | 132,100 |
| 7/18/03 | $14.42 | 79,600 |
| 7/21/03 | $14.04 | 219,300 |
| 7/22/03 | $14.42 | 49,300 |
| 7/23/03 | $14.40 | 620,900 |
| 7/24/03 | $14.48 | 182,000 |
| 7/25/03 | $14.24 | 273,400 |
| 7/28/03 | $14.63 | 86,900 |
| 7/29/03 | $15.34 | 209,700 |
| 7/30/03 | $15.35 | 146,300 |
| 7/31/03 | $15.27 | 88,900 |
| 8/1/03 | $14.62 | 93,500 |
| 8/4/03 | $14.91 | 157,700 |
| 8/5/03 | $14.84 | 103,100 |
| 8/6/03 | $14.80 | 66,000 |

# Armor Holdings, Inc.
Source:  CRSP

| Date | Price | Volume |
|------|-------|--------|
| 8/7/03 | $14.93 | 153,600 |
| 8/8/03 | $14.94 | 44,300 |
| 8/11/03 | $15.00 | 73,800 |
| 8/12/03 | $15.32 | 103,500 |
| 8/13/03 | $15.11 | 117,900 |
| 8/14/03 | $15.02 | 70,900 |
| 8/15/03 | $15.10 | 57,600 |
| 8/18/03 | $15.08 | 168,500 |
| 8/19/03 | $15.12 | 144,600 |
| 8/20/03 | $15.20 | 123,200 |
| 8/21/03 | $15.31 | 97,400 |
| 8/22/03 | $15.13 | 122,300 |
| 8/25/03 | $14.97 | 100,400 |
| 8/26/03 | $14.77 | 113,200 |
| 8/27/03 | $14.88 | 64,700 |
| 8/28/03 | $15.04 | 73,800 |
| 8/29/03 | $15.16 | 58,900 |
| 9/2/03 | $15.19 | 157,900 |
| 9/3/03 | $15.76 | 255,000 |
| 9/4/03 | $15.83 | 185,200 |
| 9/5/03 | $15.76 | 91,400 |
| 9/8/03 | $15.76 | 66,700 |
| 9/9/03 | $16.06 | 156,900 |
| 9/10/03 | $17.32 | 617,700 |
| 9/11/03 | $17.10 | 249,900 |
| 9/12/03 | $17.20 | 345,100 |
| 9/15/03 | $17.13 | 100,800 |
| 9/16/03 | $17.30 | 232,000 |
| 9/17/03 | $17.00 | 199,800 |
| 9/18/03 | $17.02 | 185,200 |
| 9/19/03 | $17.59 | 295,000 |
| 9/22/03 | $17.43 | 115,600 |
| 9/23/03 | $17.37 | 103,300 |
| 9/24/03 | $17.00 | 81,800 |
| 9/25/03 | $17.00 | 108,900 |
| 9/26/03 | $16.91 | 118,000 |
| 9/29/03 | $17.00 | 187,900 |
| 9/30/03 | $16.75 | 84,900 |
| 10/1/03 | $16.80 | 161,300 |
| 10/2/03 | $17.15 | 82,200 |
| 10/3/03 | $17.66 | 72,500 |
| 10/6/03 | $17.49 | 49,500 |
| 10/7/03 | $17.60 | 98,100 |
| 10/8/03 | $17.12 | 114,200 |
| 10/9/03 | $17.05 | 91,600 |
| 10/10/03 | $16.84 | 82,100 |
| 10/13/03 | $17.30 | 47,900 |
| 10/14/03 | $17.55 | 78,000 |
| 10/15/03 | $17.80 | 88,900 |
| 10/16/03 | $17.98 | 690,200 |

# Armor Holdings, Inc.
Source:  CRSP

| Date | Price | Volume |
|------|-------|--------|
| 10/17/03 | $17.81 | 88,300 |
| 10/20/03 | $18.25 | 95,300 |
| 10/21/03 | $18.28 | 246,100 |
| 10/22/03 | $17.89 | 126,100 |
| 10/23/03 | $18.21 | 190,700 |
| 10/24/03 | $18.16 | 76,000 |
| 10/27/03 | $18.48 | 141,500 |
| 10/28/03 | $18.88 | 76,800 |
| 10/29/03 | $19.20 | 156,700 |
| 10/30/03 | $19.52 | 153,400 |
| 10/31/03 | $19.50 | 96,200 |
| 11/3/03 | $20.07 | 246,900 |
| 11/4/03 | $19.88 | 155,145 |
| 11/5/03 | $20.20 | 447,100 |
| 11/6/03 | $20.95 | 277,200 |
| 11/7/03 | $21.30 | 299,100 |
| 11/10/03 | $21.00 | 133,200 |
| 11/11/03 | $20.76 | 133,800 |
| 11/12/03 | $21.65 | 272,300 |
| 11/13/03 | $22.60 | 288,900 |
| 11/14/03 | $22.54 | 330,900 |
| 11/17/03 | $22.03 | 184,400 |
| 11/18/03 | $22.26 | 100,200 |
| 11/19/03 | $22.73 | 217,200 |
| 11/20/03 | $22.95 | 241,500 |
| 11/21/03 | $23.30 | 191,200 |
| 11/24/03 | $23.75 | 269,300 |
| 11/25/03 | $23.88 | 155,000 |
| 11/26/03 | $24.02 | 94,900 |
| 11/28/03 | $24.25 | 95,400 |
| 12/1/03 | $24.86 | 275,500 |
| 12/2/03 | $25.03 | 283,900 |
| 12/3/03 | $24.54 | 247,200 |
| 12/4/03 | $25.04 | 277,700 |
| 12/5/03 | $25.07 | 98,500 |
| 12/8/03 | $26.27 | 346,000 |
| 12/9/03 | $26.81 | 456,000 |
| 12/10/03 | $26.79 | 369,600 |
| 12/11/03 | $26.89 | 135,400 |
| 12/12/03 | $26.80 | 146,700 |
| 12/15/03 | $25.85 | 500,800 |
| 12/16/03 | $26.00 | 194,700 |
| 12/17/03 | $26.05 | 223,300 |
| 12/18/03 | $26.30 | 353,200 |
| 12/19/03 | $26.15 | 237,800 |
| 12/22/03 | $26.29 | 208,500 |
| 12/23/03 | $26.66 | 144,000 |
| 12/24/03 | $26.32 | 37,400 |
| 12/26/03 | $26.67 | 77,900 |
| 12/29/03 | $27.25 | 518,000 |

# Armor Holdings, Inc.
Source:  CRSP

| Date | Price | Volume |
|------|-------|--------|
| 12/30/03 | $26.85 | 141,400 |
| 12/31/03 | $26.31 | 239,700 |
| 1/2/04 | $26.20 | 195,200 |
| 1/5/04 | $26.25 | 282,900 |
| 1/6/04 | $26.25 | 256,900 |
| 1/7/04 | $26.39 | 297,500 |
| 1/8/04 | $26.28 | 224,200 |
| 1/9/04 | $26.18 | 597,200 |
| 1/12/04 | $25.98 | 370,800 |
| 1/13/04 | $25.50 | 255,700 |
| 1/14/04 | $26.00 | 288,900 |
| 1/15/04 | $26.00 | 331,300 |
| 1/16/04 | $25.70 | 174,700 |
| 1/20/04 | $25.06 | 582,400 |
| 1/21/04 | $25.70 | 568,300 |
| 1/22/04 | $25.20 | 221,300 |
| 1/23/04 | $25.55 | 263,200 |
| 1/26/04 | $28.00 | 1,308,500 |
| 1/27/04 | $28.08 | 545,000 |
| 1/28/04 | $27.70 | 592,400 |
| 1/29/04 | $26.88 | 291,600 |
| 1/30/04 | $27.32 | 361,600 |
| 2/2/04 | $27.03 | 319,600 |
| 2/3/04 | $27.57 | 276,200 |
| 2/4/04 | $27.15 | 342,300 |
| 2/5/04 | $27.56 | 266,700 |
| 2/6/04 | $28.08 | 276,100 |
| 2/9/04 | $28.63 | 241,000 |
| 2/10/04 | $28.90 | 178,100 |
| 2/11/04 | $28.72 | 225,600 |
| 2/12/04 | $28.72 | 132,700 |
| 2/13/04 | $29.15 | 341,000 |
| 2/17/04 | $29.26 | 229,800 |
| 2/18/04 | $29.02 | 184,000 |
| 2/19/04 | $28.95 | 221,200 |
| 2/20/04 | $29.14 | 267,500 |
| 2/23/04 | $28.18 | 362,700 |
| 2/24/04 | $28.68 | 241,500 |
| 2/25/04 | $29.00 | 206,900 |
| 2/26/04 | $29.17 | 294,000 |
| 2/27/04 | $29.36 | 132,200 |
| 3/1/04 | $29.80 | 163,700 |
| 3/2/04 | $29.98 | 233,600 |
| 3/3/04 | $29.92 | 131,200 |
| 3/4/04 | $30.00 | 213,100 |
| 3/5/04 | $29.96 | 219,200 |
| 3/8/04 | $29.83 | 165,800 |
| 3/9/04 | $29.99 | 166,600 |
| 3/10/04 | $29.01 | 163,900 |
| 3/11/04 | $28.46 | 273,000 |

# Armor Holdings, Inc.

Source: CRSP

| Date | Price | Volume |
|------|-------|--------|
| 3/12/04 | $28.95 | 206,900 |
| 3/15/04 | $28.80 | 130,600 |
| 3/16/04 | $28.70 | 119,700 |
| 3/17/04 | $29.35 | 116,300 |
| 3/18/04 | $29.03 | 136,900 |
| 3/19/04 | $29.81 | 220,500 |
| 3/22/04 | $28.78 | 183,900 |
| 3/23/04 | $29.05 | 198,600 |
| 3/24/04 | $28.90 | 140,500 |
| 3/25/04 | $28.95 | 135,700 |
| 3/26/04 | $29.22 | 215,500 |
| 3/29/04 | $31.71 | 660,600 |
| 3/30/04 | $32.94 | 1,195,300 |
| 3/31/04 | $33.10 | 500,100 |
| 4/1/04 | $34.48 | 590,100 |
| 4/2/04 | $34.75 | 393,700 |
| 4/5/04 | $35.63 | 428,600 |
| 4/6/04 | $35.05 | 229,200 |
| 4/7/04 | $35.24 | 243,200 |
| 4/8/04 | $33.34 | 943,100 |
| 4/12/04 | $34.14 | 369,900 |
| 4/13/04 | $33.08 | 316,000 |
| 4/14/04 | $32.73 | 255,100 |
| 4/15/04 | $32.90 | 180,800 |
| 4/16/04 | $32.95 | 140,700 |
| 4/19/04 | $34.05 | 262,100 |
| 4/20/04 | $33.73 | 489,000 |
| 4/21/04 | $34.26 | 296,800 |
| 4/22/04 | $35.97 | 629,400 |
| 4/23/04 | $35.78 | 243,800 |
| 4/26/04 | $35.65 | 184,900 |
| 4/27/04 | $35.98 | 495,900 |
| 4/28/04 | $34.29 | 517,100 |
| 4/29/04 | $34.06 | 212,100 |
| 4/30/04 | $33.04 | 283,400 |
| 5/3/04 | $33.33 | 252,600 |
| 5/4/04 | $34.45 | 284,900 |
| 5/5/04 | $34.93 | 254,700 |
| 5/6/04 | $34.43 | 159,000 |
| 5/7/04 | $33.83 | 192,700 |
| 5/10/04 | $32.96 | 660,700 |
| 5/11/04 | $34.60 | 944,400 |
| 5/12/04 | $34.67 | 435,300 |
| 5/13/04 | $34.84 | 391,700 |
| 5/14/04 | $34.40 | 280,400 |
| 5/17/04 | $33.72 | 256,100 |
| 5/18/04 | $34.38 | 155,600 |
| 5/19/04 | $34.90 | 436,600 |
| 5/20/04 | $35.25 | 292,500 |
| 5/21/04 | $34.98 | 359,300 |

# Armor Holdings, Inc.

Source:  CRSP

| Date | Price | Volume |
|------|-------|--------|
| 5/24/04 | $34.98 | 367,700 |
| 5/25/04 | $37.85 | 981,400 |
| 5/26/04 | $38.37 | 1,356,200 |
| 5/27/04 | $37.70 | 607,600 |
| 5/28/04 | $37.40 | 598,800 |
| 6/1/04 | $38.75 | 793,600 |
| 6/2/04 | $38.15 | 1,054,500 |
| 6/3/04 | $37.28 | 348,900 |
| 6/4/04 | $36.86 | 593,800 |
| 6/7/04 | $38.02 | 989,900 |
| 6/8/04 | $37.88 | 906,100 |
| 6/9/04 | $37.88 | 931,000 |
| 6/10/04 | $36.96 | 3,064,000 |
| 6/14/04 | $35.35 | 1,191,300 |
| 6/15/04 | $35.85 | 910,900 |
| 6/16/04 | $35.41 | 625,500 |
| 6/17/04 | $34.67 | 800,900 |
| 6/18/04 | $33.58 | 1,383,900 |
| 6/21/04 | $34.47 | 898,900 |
| 6/22/04 | $33.70 | 825,200 |
| 6/23/04 | $34.25 | 481,600 |
| 6/24/04 | $34.55 | 550,800 |
| 6/25/04 | $35.00 | 738,200 |
| 6/28/04 | $33.92 | 749,300 |
| 6/29/04 | $33.55 | 628,100 |
| 6/30/04 | $34.00 | 380,300 |
| 7/1/04 | $34.00 | 541,000 |
| 7/2/04 | $33.80 | 363,300 |
| 7/6/04 | $33.98 | 534,000 |
| 7/7/04 | $35.01 | 1,106,400 |
| 7/8/04 | $36.38 | 1,272,700 |
| 7/9/04 | $37.08 | 1,073,400 |
| 7/12/04 | $37.24 | 819,400 |
| 7/13/04 | $36.72 | 423,100 |
| 7/14/04 | $35.98 | 592,600 |
| 7/15/04 | $36.05 | 596,700 |
| 7/16/04 | $36.17 | 305,800 |
| 7/19/04 | $35.28 | 455,700 |
| 7/20/04 | $35.85 | 394,300 |
| 7/21/04 | $35.31 | 501,500 |
| 7/22/04 | $35.50 | 602,900 |
| 7/23/04 | $35.56 | 921,200 |
| 7/26/04 | $35.40 | 546,600 |
| 7/27/04 | $35.63 | 573,500 |
| 7/28/04 | $35.62 | 446,500 |
| 7/29/04 | $36.05 | 439,300 |
| 7/30/04 | $36.50 | 341,200 |
| 8/2/04 | $39.35 | 2,117,600 |
| 8/3/04 | $37.19 | 1,415,300 |
| 8/4/04 | $37.35 | 727,800 |

# Armor Holdings, Inc.
Source: CRSP

| Date | Price | Volume |
|------|-------|--------|
| 8/5/04 | $35.83 | 512,500 |
| 8/6/04 | $34.60 | 585,600 |
| 8/9/04 | $34.18 | 506,800 |
| 8/10/04 | $34.86 | 308,000 |
| 8/11/04 | $34.26 | 348,600 |
| 8/12/04 | $33.52 | 330,600 |
| 8/13/04 | $32.79 | 438,900 |
| 8/16/04 | $33.94 | 821,600 |
| 8/17/04 | $33.76 | 346,800 |
| 8/18/04 | $34.82 | 466,700 |
| 8/19/04 | $34.24 | 366,800 |
| 8/20/04 | $36.20 | 966,300 |
| 8/23/04 | $36.66 | 1,737,000 |
| 8/24/04 | $36.58 | 457,500 |
| 8/25/04 | $37.20 | 417,700 |
| 8/26/04 | $36.19 | 341,900 |
| 8/27/04 | $36.10 | 697,100 |
| 8/30/04 | $35.77 | 279,300 |
| 8/31/04 | $35.46 | 415,200 |
| 9/1/04 | $35.06 | 657,400 |
| 9/2/04 | $35.60 | 706,300 |
| 9/3/04 | $35.54 | 466,600 |
| 9/7/04 | $36.66 | 502,800 |
| 9/8/04 | $36.73 | 388,400 |
| 9/9/04 | $36.79 | 471,600 |
| 9/10/04 | $36.82 | 247,000 |
| 9/13/04 | $37.50 | 626,300 |
| 9/14/04 | $37.43 | 253,200 |
| 9/15/04 | $37.46 | 206,900 |
| 9/16/04 | $39.00 | 915,100 |
| 9/17/04 | $38.85 | 699,600 |
| 9/20/04 | $38.47 | 414,600 |
| 9/21/04 | $38.80 | 311,100 |
| 9/22/04 | $38.02 | 244,200 |
| 9/23/04 | $38.10 | 363,200 |
| 9/24/04 | $39.60 | 1,858,300 |
| 9/27/04 | $39.79 | 692,900 |
| 9/28/04 | $39.96 | 526,600 |
| 9/29/04 | $39.97 | 517,200 |
| 9/30/04 | $41.61 | 916,700 |
| 10/1/04 | $43.24 | 1,256,900 |
| 10/4/04 | $43.81 | 757,200 |
| 10/5/04 | $43.47 | 692,500 |
| 10/6/04 | $43.92 | 329,200 |
| 10/7/04 | $42.69 | 801,300 |
| 10/8/04 | $41.55 | 475,400 |
| 10/11/04 | $42.55 | 486,900 |
| 10/12/04 | $42.55 | 361,600 |
| 10/13/04 | $41.33 | 619,500 |
| 10/14/04 | $41.52 | 510,100 |

# Armor Holdings, Inc.

Source:  CRSP

| Date | Price | Volume |
|------|-------|--------|
| 10/15/04 | $43.04 | 594,700 |
| 10/18/04 | $42.51 | 763,500 |
| 10/19/04 | $42.52 | 533,500 |
| 10/20/04 | $38.85 | 2,211,300 |
| 10/21/04 | $38.04 | 1,370,500 |
| 10/22/04 | $39.20 | 1,024,900 |
| 10/25/04 | $39.28 | 632,200 |
| 10/26/04 | $37.21 | 3,238,700 |
| 10/27/04 | $37.35 | 1,437,600 |
| 10/28/04 | $36.78 | 1,482,400 |
| 10/29/04 | $37.02 | 1,175,700 |
| 11/1/04 | $36.80 | 736,900 |
| 11/2/04 | $36.50 | 788,700 |
| 11/3/04 | $38.39 | 1,465,600 |
| 11/4/04 | $38.99 | 957,500 |
| 11/5/04 | $40.10 | 1,146,100 |
| 11/8/04 | $40.22 | 750,000 |
| 11/9/04 | $41.40 | 995,600 |
| 11/10/04 | $41.81 | 689,500 |
| 11/11/04 | $42.35 | 875,100 |
| 11/12/04 | $42.32 | 520,000 |
| 11/15/04 | $42.36 | 516,300 |
| 11/16/04 | $42.18 | 831,800 |
| 11/17/04 | $41.00 | 1,111,100 |
| 11/18/04 | $41.85 | 1,023,200 |
| 11/19/04 | $41.30 | 620,600 |
| 11/22/04 | $41.67 | 529,400 |
| 11/23/04 | $42.51 | 990,700 |
| 11/24/04 | $42.53 | 341,500 |
| 11/26/04 | $42.45 | 134,400 |
| 11/29/04 | $42.83 | 550,400 |
| 11/30/04 | $43.17 | 461,100 |
| 12/1/04 | $43.90 | 821,000 |
| 12/2/04 | $43.93 | 494,000 |
| 12/3/04 | $44.10 | 337,600 |
| 12/6/04 | $43.63 | 365,400 |
| 12/7/04 | $41.38 | 982,100 |
| 12/8/04 | $40.77 | 1,050,300 |
| 12/9/04 | $42.88 | 1,812,000 |
| 12/10/04 | $44.60 | 1,476,600 |
| 12/13/04 | $46.24 | 2,376,300 |
| 12/14/04 | $46.79 | 629,100 |
| 12/15/04 | $47.55 | 1,043,000 |
| 12/16/04 | $46.02 | 914,600 |
| 12/17/04 | $46.18 | 527,000 |
| 12/20/04 | $46.28 | 918,000 |
| 12/21/04 | $46.11 | 439,400 |
| 12/22/04 | $47.61 | 589,100 |
| 12/23/04 | $48.39 | 1,170,900 |
| 12/27/04 | $46.75 | 824,300 |

# Armor Holdings, Inc.

Source:  CRSP

| Date | Price | Volume |
| --- | --- | --- |
| 12/28/04 | $47.85 | 387,300 |
| 12/29/04 | $47.75 | 313,500 |
| 12/30/04 | $47.55 | 254,200 |
| 12/31/04 | $47.02 | 179,800 |
| 1/3/05 | $45.93 | 647,300 |
| 1/4/05 | $43.51 | 1,725,300 |
| 1/5/05 | $45.56 | 1,167,600 |
| 1/6/05 | $45.40 | 861,100 |
| 1/7/05 | $45.45 | 468,000 |
| 1/10/05 | $45.76 | 605,300 |
| 1/11/05 | $44.12 | 1,069,700 |
| 1/12/05 | $43.77 | 1,289,700 |
| 1/13/05 | $43.63 | 569,400 |
| 1/14/05 | $43.90 | 406,700 |
| 1/18/05 | $44.73 | 463,200 |
| 1/19/05 | $44.32 | 338,800 |
| 1/20/05 | $43.30 | 521,300 |
| 1/21/05 | $42.07 | 985,000 |
| 1/24/05 | $40.78 | 973,300 |
| 1/25/05 | $42.15 | 826,000 |
| 1/26/05 | $43.04 | 864,200 |
| 1/27/05 | $43.75 | 432,800 |
| 1/28/05 | $42.95 | 599,700 |
| 1/31/05 | $43.97 | 799,800 |
| 2/1/05 | $44.12 | 714,500 |
| 2/2/05 | $43.99 | 506,700 |
| 2/3/05 | $44.04 | 320,100 |
| 2/4/05 | $44.45 | 387,500 |
| 2/7/05 | $44.36 | 248,300 |
| 2/8/05 | $44.99 | 511,600 |
| 2/9/05 | $43.75 | 495,500 |
| 2/10/05 | $44.76 | 706,100 |
| 2/11/05 | $40.64 | 2,358,100 |
| 2/14/05 | $38.21 | 3,511,500 |
| 2/15/05 | $39.39 | 1,651,200 |
| 2/16/05 | $39.06 | 863,100 |
| 2/17/05 | $39.33 | 806,200 |
| 2/18/05 | $40.40 | 1,412,600 |
| 2/22/05 | $39.55 | 1,061,600 |
| 2/23/05 | $39.74 | 735,400 |
| 2/24/05 | $40.12 | 434,000 |
| 2/25/05 | $40.32 | 398,200 |
| 2/28/05 | $39.92 | 634,800 |
| 3/1/05 | $40.10 | 970,300 |
| 3/2/05 | $40.93 | 657,200 |
| 3/3/05 | $40.19 | 665,500 |
| 3/4/05 | $40.90 | 794,300 |
| 3/7/05 | $41.43 | 662,000 |
| 3/8/05 | $41.52 | 555,400 |
| 3/9/05 | $41.26 | 505,200 |

# Armor Holdings, Inc.

Source:  CRSP

| Date | Price | Volume |
|------|-------|--------|
| 3/10/05 | $40.29 | 374,800 |
| 3/11/05 | $41.64 | 775,500 |
| 3/14/05 | $41.20 | 452,000 |
| 3/15/05 | $41.66 | 1,334,600 |
| 3/16/05 | $40.66 | 521,700 |
| 3/17/05 | $40.62 | 525,200 |
| 3/18/05 | $40.82 | 405,900 |
| 3/21/05 | $39.73 | 662,100 |
| 3/22/05 | $39.89 | 789,000 |
| 3/23/05 | $38.85 | 685,700 |
| 3/24/05 | $37.90 | 1,178,100 |
| 3/28/05 | $37.40 | 699,800 |
| 3/29/05 | $36.54 | 1,446,300 |
| 3/30/05 | $36.60 | 672,500 |
| 3/31/05 | $37.09 | 611,500 |
| 4/1/05 | $36.02 | 989,200 |
| 4/4/05 | $36.40 | 807,500 |
| 4/5/05 | $37.65 | 1,208,800 |
| 4/6/05 | $37.64 | 919,200 |
| 4/7/05 | $37.43 | 426,500 |
| 4/8/05 | $36.61 | 476,100 |
| 4/11/05 | $35.99 | 618,200 |
| 4/12/05 | $36.00 | 1,246,400 |
| 4/13/05 | $34.80 | 932,400 |
| 4/14/05 | $34.02 | 1,564,500 |
| 4/15/05 | $33.54 | 751,300 |
| 4/18/05 | $33.54 | 754,900 |
| 4/19/05 | $33.17 | 708,200 |
| 4/20/05 | $33.68 | 772,200 |
| 4/21/05 | $35.03 | 1,299,600 |
| 4/22/05 | $37.25 | 3,314,700 |
| 4/25/05 | $37.45 | 1,588,500 |
| 4/26/05 | $36.80 | 801,700 |
| 4/27/05 | $36.51 | 559,000 |
| 4/28/05 | $35.44 | 851,000 |
| 4/29/05 | $35.01 | 888,800 |
| 5/2/05 | $34.57 | 722,800 |
| 5/3/05 | $35.15 | 1,001,300 |
| 5/4/05 | $35.75 | 820,000 |
| 5/5/05 | $35.23 | 409,500 |
| 5/6/05 | $35.54 | 517,600 |
| 5/9/05 | $35.19 | 603,300 |
| 5/10/05 | $34.49 | 627,500 |
| 5/11/05 | $34.60 | 456,000 |
| 5/12/05 | $34.31 | 559,500 |
| 5/13/05 | $34.12 | 660,700 |
| 5/16/05 | $34.29 | 1,149,800 |
| 5/17/05 | $35.19 | 918,100 |
| 5/18/05 | $35.59 | 546,600 |
| 5/19/05 | $35.74 | 428,400 |

# Armor Holdings, Inc.
Source: CRSP

| Date | Price | Volume |
|------|-------|--------|
| 5/20/05 | $35.80 | 436,200 |
| 5/23/05 | $35.71 | 464,900 |
| 5/24/05 | $37.13 | 891,700 |
| 5/25/05 | $37.00 | 534,400 |
| 5/26/05 | $37.37 | 537,500 |
| 5/27/05 | $37.75 | 398,300 |
| 5/31/05 | $37.75 | 560,200 |
| 6/1/05 | $37.79 | 396,500 |
| 6/2/05 | $37.79 | 236,300 |
| 6/3/05 | $37.39 | 243,500 |
| 6/6/05 | $37.67 | 369,800 |
| 6/7/05 | $37.01 | 349,600 |
| 6/8/05 | $36.95 | 334,600 |
| 6/9/05 | $37.38 | 460,100 |
| 6/10/05 | $37.33 | 356,200 |
| 6/13/05 | $38.33 | 712,000 |
| 6/14/05 | $38.76 | 923,600 |
| 6/15/05 | $38.65 | 475,700 |
| 6/16/05 | $39.28 | 458,700 |
| 6/17/05 | $39.25 | 624,800 |
| 6/20/05 | $39.02 | 342,500 |
| 6/21/05 | $39.00 | 346,400 |
| 6/22/05 | $39.20 | 268,900 |
| 6/23/05 | $37.99 | 512,500 |
| 6/24/05 | $37.67 | 830,200 |
| 6/27/05 | $37.37 | 560,600 |
| 6/28/05 | $38.59 | 531,900 |
| 6/29/05 | $39.28 | 780,800 |
| 6/30/05 | $39.61 | 665,100 |