# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 1/2/03 | $3.45 | 16,156 |
| 1/3/03 | $3.56 | 28,430 |
| 1/6/03 | $3.73 | 88,037 |
| 1/7/03 | $3.81 | 36,643 |
| 1/8/03 | $3.92 | 51,601 |
| 1/9/03 | $4.16 | 75,380 |
| 1/10/03 | $4.36 | 108,475 |
| 1/13/03 | $3.96 | 55,430 |
| 1/14/03 | $3.89 | 23,601 |
| 1/15/03 | $4.22 | 8,602 |
| 1/16/03 | $4.19 | 13,104 |
| 1/17/03 | $4.07 | 12,314 |
| 1/21/03 | $4.08 | 15,099 |
| 1/22/03 | $4.06 | 614 |
| 1/23/03 | $4.00 | 12,000 |
| 1/24/03 | $4.13 | 5,800 |
| 1/27/03 | $4.18 | 14,765 |
| 1/28/03 | $4.19 | 32,903 |
| 1/29/03 | $4.03 | 19,530 |
| 1/30/03 | $4.08 | 42,480 |
| 1/31/03 | $4.08 | 11,263 |
| 2/3/03 | $4.08 | 25,734 |
| 2/4/03 | $4.09 | 17,250 |
| 2/5/03 | $4.08 | 2,100 |
| 2/6/03 | $4.05 | 40,875 |
| 2/7/03 | $4.07 | 9,800 |
| 2/10/03 | $4.14 | 82,496 |
| 2/11/03 | $4.36 | 54,948 |
| 2/12/03 | $4.50 | 190,160 |
| 2/13/03 | $4.69 | 1,152,682 |
| 2/14/03 | $4.37 | 172,327 |
| 2/18/03 | $4.07 | 96,953 |
| 2/19/03 | $4.05 | 59,540 |
| 2/20/03 | $4.15 | 15,975 |
| 2/21/03 | $4.23 | 32,983 |
| 2/24/03 | $3.96 | 112,461 |
| 2/25/03 | $3.96 | 85,121 |
| 2/26/03 | $3.89 | 33,625 |
| 2/27/03 | $3.95 | 9,495 |
| 2/28/03 | $3.96 | 15,288 |
| 3/3/03 | $4.06 | 14,505 |
| 3/4/03 | $4.00 | 14,831 |
| 3/5/03 | $3.98 | 13,134 |
| 3/6/03 | $3.94 | 9,962 |
| 3/7/03 | $3.84 | 26,348 |
| 3/10/03 | $3.86 | 37,467 |
| 3/11/03 | $3.93 | 14,085 |
| 3/12/03 | $3.95 | 16,055 |
| 3/13/03 | $4.03 | 24,900 |
| 3/14/03 | $4.00 | 7,770 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 3/17/03 | $4.00 | 26,632 |
| 3/18/03 | $4.21 | 21,654 |
| 3/19/03 | $4.20 | 9,495 |
| 3/20/03 | $4.12 | 12,890 |
| 3/21/03 | $4.09 | 23,203 |
| 3/24/03 | $4.24 | 66,285 |
| 3/25/03 | $4.22 | 12,817 |
| 3/26/03 | $4.11 | 18,637 |
| 3/27/03 | $4.16 | 4,480 |
| 3/28/03 | $4.20 | 17,328 |
| 3/31/03 | $4.08 | 33,580 |
| 4/1/03 | $4.16 | 9,562 |
| 4/2/03 | $4.21 | 108,349 |
| 4/3/03 | $4.18 | 30,650 |
| 4/4/03 | $4.02 | 13,175 |
| 4/7/03 | $4.02 | 10,180 |
| 4/8/03 | $4.04 | 28,865 |
| 4/9/03 | $4.51 | 483,491 |
| 4/10/03 | $4.60 | 238,935 |
| 4/11/03 | $4.54 | 94,753 |
| 4/14/03 | $4.31 | 63,728 |
| 4/15/03 | $4.49 | 21,119 |
| 4/16/03 | $4.39 | 15,100 |
| 4/17/03 | $4.44 | 33,386 |
| 4/21/03 | $4.55 | 34,852 |
| 4/22/03 | $4.53 | 25,021 |
| 4/23/03 | $4.38 | 33,982 |
| 4/24/03 | $4.29 | 24,525 |
| 4/25/03 | $4.46 | 35,246 |
| 4/28/03 | $4.39 | 48,378 |
| 4/29/03 | $4.35 | 26,425 |
| 4/30/03 | $5.20 | 657,957 |
| 5/1/03 | $5.33 | 337,101 |
| 5/2/03 | $5.57 | 227,682 |
| 5/5/03 | $5.76 | 343,939 |
| 5/6/03 | $5.79 | 185,651 |
| 5/7/03 | $5.78 | 104,392 |
| 5/8/03 | $5.96 | 203,365 |
| 5/9/03 | $6.43 | 311,499 |
| 5/12/03 | $6.54 | 293,944 |
| 5/13/03 | $6.48 | 211,901 |
| 5/14/03 | $6.96 | 209,921 |
| 5/15/03 | $6.79 | 138,630 |
| 5/16/03 | $6.71 | 78,472 |
| 5/19/03 | $6.84 | 343,114 |
| 5/20/03 | $6.67 | 258,862 |
| 5/21/03 | $6.76 | 96,886 |
| 5/22/03 | $6.67 | 138,597 |
| 5/23/03 | $6.68 | 100,756 |
| 5/27/03 | $6.82 | 167,815 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 5/28/03 | $7.28 | 766,597 |
| 5/29/03 | $7.52 | 430,356 |
| 5/30/03 | $7.10 | 493,921 |
| 6/2/03 | $7.19 | 205,413 |
| 6/3/03 | $7.08 | 124,074 |
| 6/4/03 | $7.24 | 89,598 |
| 6/5/03 | $7.48 | 80,557 |
| 6/6/03 | $6.69 | 493,965 |
| 6/9/03 | $6.71 | 192,210 |
| 6/10/03 | $6.67 | 104,171 |
| 6/11/03 | $6.84 | 124,340 |
| 6/12/03 | $6.93 | 119,090 |
| 6/13/03 | $6.67 | 153,697 |
| 6/16/03 | $7.15 | 200,563 |
| 6/17/03 | $7.56 | 201,265 |
| 6/18/03 | $7.63 | 229,736 |
| 6/19/03 | $7.76 | 172,109 |
| 6/20/03 | $7.77 | 136,816 |
| 6/23/03 | $7.63 | 139,153 |
| 6/24/03 | $7.77 | 119,338 |
| 6/25/03 | $7.98 | 268,360 |
| 6/26/03 | $7.73 | 148,472 |
| 6/27/03 | $7.82 | 124,289 |
| 6/30/03 | $8.27 | 1,043,858 |
| 7/1/03 | $7.92 | 1,252,564 |
| 7/2/03 | $8.05 | 300,564 |
| 7/3/03 | $8.07 | 60,416 |
| 7/7/03 | $8.17 | 142,051 |
| 7/8/03 | $8.15 | 147,503 |
| 7/9/03 | $8.27 | 165,297 |
| 7/10/03 | $8.22 | 78,659 |
| 7/11/03 | $8.30 | 87,190 |
| 7/14/03 | $8.63 | 291,135 |
| 7/15/03 | $8.64 | 240,723 |
| 7/16/03 | $8.03 | 191,204 |
| 7/17/03 | $7.83 | 261,075 |
| 7/18/03 | $7.92 | 70,163 |
| 7/21/03 | $7.87 | 161,937 |
| 7/22/03 | $8.29 | 178,067 |
| 7/23/03 | $8.42 | 103,892 |
| 7/24/03 | $9.33 | 586,040 |
| 7/25/03 | $9.17 | 276,068 |
| 7/28/03 | $10.14 | 302,340 |
| 7/29/03 | $10.67 | 313,957 |
| 7/30/03 | $10.00 | 277,922 |
| 7/31/03 | $9.68 | 323,082 |
| 8/1/03 | $9.86 | 155,955 |
| 8/4/03 | $9.61 | 155,458 |
| 8/5/03 | $9.35 | 100,429 |
| 8/6/03 | $8.60 | 308,625 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 8/7/03 | $8.63 | 199,855 |
| 8/8/03 | $8.71 | 85,259 |
| 8/11/03 | $9.17 | 137,139 |
| 8/12/03 | $9.55 | 99,554 |
| 8/13/03 | $9.54 | 92,493 |
| 8/14/03 | $9.88 | 155,880 |
| 8/15/03 | $10.20 | 56,307 |
| 8/18/03 | $10.52 | 119,158 |
| 8/19/03 | $10.53 | 98,665 |
| 8/20/03 | $10.42 | 67,784 |
| 8/21/03 | $10.39 | 103,149 |
| 8/22/03 | $9.95 | 85,587 |
| 8/25/03 | $10.18 | 74,956 |
| 8/26/03 | $10.05 | 201,444 |
| 8/27/03 | $10.02 | 86,450 |
| 8/28/03 | $10.10 | 99,947 |
| 8/29/03 | $10.19 | 67,130 |
| 9/2/03 | $11.24 | 263,390 |
| 9/3/03 | $11.36 | 227,494 |
| 9/4/03 | $11.39 | 84,858 |
| 9/5/03 | $10.99 | 116,981 |
| 9/8/03 | $11.49 | 125,796 |
| 9/9/03 | $11.43 | 205,445 |
| 9/10/03 | $10.53 | 335,984 |
| 9/11/03 | $11.05 | 84,780 |
| 9/12/03 | $11.08 | 85,774 |
| 9/15/03 | $11.50 | 142,778 |
| 9/16/03 | $11.95 | 70,425 |
| 9/17/03 | $11.69 | 125,107 |
| 9/18/03 | $12.12 | 217,627 |
| 9/19/03 | $12.25 | 159,661 |
| 9/22/03 | $12.45 | 152,504 |
| 9/23/03 | $12.87 | 131,392 |
| 9/24/03 | $12.28 | 165,010 |
| 9/25/03 | $11.16 | 390,548 |
| 9/26/03 | $10.39 | 223,267 |
| 9/29/03 | $11.82 | 384,389 |
| 9/30/03 | $11.50 | 277,059 |
| 10/1/03 | $11.04 | 218,489 |
| 10/2/03 | $11.10 | 110,267 |
| 10/3/03 | $10.87 | 195,340 |
| 10/6/03 | $11.73 | 171,964 |
| 10/7/03 | $11.98 | 146,202 |
| 10/8/03 | $13.56 | 686,520 |
| 10/9/03 | $13.97 | 355,990 |
| 10/10/03 | $14.34 | 163,184 |
| 10/13/03 | $15.24 | 361,945 |
| 10/14/03 | $16.17 | 425,659 |
| 10/15/03 | $15.43 | 329,821 |
| 10/16/03 | $14.90 | 331,222 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 10/17/03 | $14.84 | 121,758 |
| 10/20/03 | $16.00 | 245,988 |
| 10/21/03 | $15.58 | 205,915 |
| 10/22/03 | $14.78 | 199,075 |
| 10/23/03 | $14.44 | 380,741 |
| 10/24/03 | $15.16 | 246,547 |
| 10/27/03 | $16.88 | 692,780 |
| 10/28/03 | $17.49 | 1,105,249 |
| 10/29/03 | $19.07 | 1,034,925 |
| 10/30/03 | $18.13 | 623,568 |
| 10/31/03 | $18.46 | 364,885 |
| 11/3/03 | $19.69 | 595,038 |
| 11/4/03 | $19.18 | 468,801 |
| 11/5/03 | $19.88 | 323,445 |
| 11/6/03 | $20.20 | 326,299 |
| 11/7/03 | $20.17 | 510,217 |
| 11/10/03 | $19.44 | 587,009 |
| 11/11/03 | $17.69 | 769,812 |
| 11/12/03 | $17.36 | 910,744 |
| 11/13/03 | $18.29 | 582,039 |
| 11/14/03 | $17.58 | 440,810 |
| 11/17/03 | $16.72 | 459,768 |
| 11/18/03 | $16.13 | 625,690 |
| 11/19/03 | $16.13 | 355,569 |
| 11/20/03 | $16.06 | 530,653 |
| 11/21/03 | $16.69 | 358,928 |
| 11/24/03 | $18.40 | 681,116 |
| 11/25/03 | $18.90 | 547,676 |
| 11/26/03 | $18.74 | 516,559 |
| 11/28/03 | $18.98 | 192,064 |
| 12/1/03 | $19.80 | 570,018 |
| 12/2/03 | $20.18 | 384,957 |
| 12/3/03 | $17.60 | 1,538,130 |
| 12/4/03 | $18.30 | 716,802 |
| 12/5/03 | $17.60 | 366,137 |
| 12/8/03 | $17.73 | 264,837 |
| 12/9/03 | $17.66 | 289,293 |
| 12/10/03 | $16.83 | 458,336 |
| 12/11/03 | $17.87 | 428,992 |
| 12/12/03 | $18.88 | 564,811 |
| 12/15/03 | $15.41 | 2,510,922 |
| 12/16/03 | $16.06 | 1,406,696 |
| 12/17/03 | $15.67 | 551,865 |
| 12/18/03 | $16.23 | 316,794 |
| 12/19/03 | $15.93 | 272,441 |
| 12/22/03 | $15.78 | 257,516 |
| 12/23/03 | $14.82 | 1,149,534 |
| 12/24/03 | $15.78 | 423,683 |
| 12/26/03 | $15.76 | 141,481 |
| 12/29/03 | $16.14 | 561,313 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 12/30/03 | $15.49 | 279,270 |
| 12/31/03 | $15.14 | 421,987 |
| 1/2/04 | $15.85 | 481,336 |
| 1/5/04 | $16.00 | 340,335 |
| 1/6/04 | $17.43 | 1,292,359 |
| 1/7/04 | $18.77 | 1,152,242 |
| 1/8/04 | $18.17 | 658,430 |
| 1/9/04 | $17.67 | 569,026 |
| 1/12/04 | $18.04 | 401,377 |
| 1/13/04 | $17.83 | 354,747 |
| 1/14/04 | $18.31 | 488,830 |
| 1/15/04 | $17.87 | 406,693 |
| 1/16/04 | $17.75 | 267,128 |
| 1/20/04 | $20.40 | 1,279,216 |
| 1/21/04 | $20.36 | 1,836,286 |
| 1/22/04 | $20.22 | 613,258 |
| 1/23/04 | $20.00 | 415,258 |
| 1/26/04 | $21.13 | 669,455 |
| 1/27/04 | $20.03 | 703,867 |
| 1/28/04 | $18.43 | 771,047 |
| 1/29/04 | $18.10 | 612,362 |
| 1/30/04 | $17.78 | 350,305 |
| 2/2/04 | $18.24 | 330,879 |
| 2/3/04 | $18.12 | 651,215 |
| 2/4/04 | $16.77 | 582,551 |
| 2/5/04 | $16.44 | 382,458 |
| 2/6/04 | $17.06 | 207,236 |
| 2/9/04 | $16.91 | 174,229 |
| 2/10/04 | $17.31 | 191,933 |
| 2/11/04 | $17.13 | 162,397 |
| 2/12/04 | $17.22 | 187,294 |
| 2/13/04 | $17.00 | 176,284 |
| 2/17/04 | $17.63 | 244,422 |
| 2/18/04 | $17.25 | 271,771 |
| 2/19/04 | $16.77 | 362,505 |
| 2/20/04 | $15.95 | 547,514 |
| 2/23/04 | $14.96 | 976,221 |
| 2/24/04 | $14.63 | 388,632 |
| 2/25/04 | $15.84 | 586,673 |
| 2/26/04 | $17.02 | 1,931,876 |
| 2/27/04 | $16.22 | 707,183 |
| 3/1/04 | $16.84 | 411,298 |
| 3/2/04 | $16.46 | 220,507 |
| 3/3/04 | $16.11 | 214,298 |
| 3/4/04 | $15.82 | 386,184 |
| 3/5/04 | $16.08 | 365,285 |
| 3/8/04 | $15.60 | 278,733 |
| 3/9/04 | $15.71 | 315,279 |
| 3/10/04 | $15.22 | 314,849 |
| 3/11/04 | $15.44 | 427,915 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 3/12/04 | $16.62 | 713,327 |
| 3/15/04 | $16.10 | 694,915 |
| 3/16/04 | $15.90 | 358,161 |
| 3/17/04 | $16.09 | 266,065 |
| 3/18/04 | $15.72 | 354,864 |
| 3/19/04 | $15.58 | 200,501 |
| 3/22/04 | $15.11 | 336,199 |
| 3/23/04 | $14.96 | 196,299 |
| 3/24/04 | $14.82 | 301,066 |
| 3/25/04 | $15.29 | 288,831 |
| 3/26/04 | $15.46 | 240,514 |
| 3/29/04 | $16.03 | 328,297 |
| 3/30/04 | $16.12 | 198,811 |
| 3/31/04 | $16.07 | 181,216 |
| 4/1/04 | $16.82 | 506,919 |
| 4/2/04 | $17.22 | 458,716 |
| 4/5/04 | $18.47 | 637,040 |
| 4/6/04 | $18.02 | 478,249 |
| 4/7/04 | $18.60 | 440,355 |
| 4/8/04 | $18.63 | 623,527 |
| 4/12/04 | $18.76 | 392,895 |
| 4/13/04 | $17.79 | 801,743 |
| 4/14/04 | $17.64 | 375,232 |
| 4/15/04 | $17.47 | 218,088 |
| 4/16/04 | $17.14 | 439,783 |
| 4/19/04 | $17.97 | 387,435 |
| 4/20/04 | $16.89 | 449,344 |
| 4/21/04 | $17.09 | 576,150 |
| 4/22/04 | $19.13 | 1,405,391 |
| 4/23/04 | $21.29 | 2,390,064 |
| 4/26/04 | $22.45 | 2,222,842 |
| 4/27/04 | $22.13 | 2,525,468 |
| 4/28/04 | $21.03 | 1,663,330 |
| 4/29/04 | $21.17 | 2,479,744 |
| 4/30/04 | $19.14 | 1,920,621 |
| 5/3/04 | $19.59 | 1,228,435 |
| 5/4/04 | $20.30 | 904,217 |
| 5/5/04 | $20.53 | 632,129 |
| 5/6/04 | $20.15 | 990,199 |
| 5/7/04 | $19.82 | 738,234 |
| 5/10/04 | $18.67 | 1,136,695 |
| 5/11/04 | $19.43 | 704,949 |
| 5/12/04 | $19.72 | 622,793 |
| 5/13/04 | $20.09 | 881,847 |
| 5/14/04 | $19.81 | 473,064 |
| 5/17/04 | $19.19 | 571,127 |
| 5/18/04 | $19.49 | 323,107 |
| 5/19/04 | $19.88 | 669,674 |
| 5/20/04 | $19.75 | 369,295 |
| 5/21/04 | $19.99 | 349,103 |

# Ceradyne
Source:  CRSP

| Date | Price | Volume |
|---|---|---|
| 5/24/04 | $20.39 | 475,217 |
| 5/25/04 | $21.33 | 616,738 |
| 5/26/04 | $22.45 | 1,128,664 |
| 5/27/04 | $22.03 | 654,052 |
| 5/28/04 | $22.18 | 279,060 |
| 6/1/04 | $23.33 | 914,129 |
| 6/2/04 | $22.67 | 750,988 |
| 6/3/04 | $21.95 | 575,152 |
| 6/4/04 | $23.50 | 1,413,096 |
| 6/7/04 | $25.59 | 2,093,971 |
| 6/8/04 | $25.35 | 943,244 |
| 6/9/04 | $24.26 | 929,473 |
| 6/10/04 | $23.89 | 1,034,695 |
| 6/14/04 | $22.42 | 1,577,540 |
| 6/15/04 | $23.41 | 718,501 |
| 6/16/04 | $23.23 | 363,361 |
| 6/17/04 | $23.05 | 295,645 |
| 6/18/04 | $23.18 | 421,567 |
| 6/21/04 | $22.10 | 1,100,161 |
| 6/22/04 | $22.77 | 611,559 |
| 6/23/04 | $23.05 | 523,312 |
| 6/24/04 | $23.25 | 517,052 |
| 6/25/04 | $23.92 | 817,850 |
| 6/28/04 | $22.97 | 659,016 |
| 6/29/04 | $23.60 | 433,270 |
| 6/30/04 | $23.85 | 383,967 |
| 7/1/04 | $25.78 | 1,945,340 |
| 7/2/04 | $25.67 | 519,786 |
| 7/6/04 | $25.57 | 669,295 |
| 7/7/04 | $25.63 | 627,124 |
| 7/8/04 | $25.00 | 528,662 |
| 7/9/04 | $25.67 | 457,148 |
| 7/12/04 | $24.74 | 662,317 |
| 7/13/04 | $25.06 | 463,853 |
| 7/14/04 | $24.33 | 357,885 |
| 7/15/04 | $23.99 | 591,088 |
| 7/16/04 | $24.24 | 490,338 |
| 7/19/04 | $24.53 | 606,673 |
| 7/20/04 | $25.25 | 450,252 |
| 7/21/04 | $24.05 | 783,492 |
| 7/22/04 | $25.33 | 1,064,191 |
| 7/23/04 | $24.48 | 429,549 |
| 7/26/04 | $23.81 | 1,017,013 |
| 7/27/04 | $24.66 | 512,151 |
| 7/28/04 | $24.27 | 483,277 |
| 7/29/04 | $25.15 | 449,468 |
| 7/30/04 | $25.50 | 538,526 |
| 8/2/04 | $26.25 | 789,449 |
| 8/3/04 | $25.38 | 622,416 |
| 8/4/04 | $24.83 | 453,942 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 8/5/04 | $23.93 | 537,072 |
| 8/6/04 | $21.72 | 1,238,854 |
| 8/9/04 | $21.65 | 682,986 |
| 8/10/04 | $22.00 | 459,785 |
| 8/11/04 | $21.27 | 652,723 |
| 8/12/04 | $21.74 | 781,833 |
| 8/13/04 | $21.20 | 512,805 |
| 8/16/04 | $21.84 | 410,076 |
| 8/17/04 | $22.22 | 333,612 |
| 8/18/04 | $23.05 | 410,543 |
| 8/19/04 | $22.81 | 369,301 |
| 8/20/04 | $26.20 | 3,790,988 |
| 8/23/04 | $25.63 | 2,352,909 |
| 8/24/04 | $24.70 | 1,211,678 |
| 8/25/04 | $25.93 | 905,651 |
| 8/26/04 | $25.50 | 754,681 |
| 8/27/04 | $26.07 | 426,940 |
| 8/30/04 | $26.03 | 973,640 |
| 8/31/04 | $25.95 | 684,826 |
| 9/1/04 | $26.33 | 724,676 |
| 9/2/04 | $26.77 | 440,075 |
| 9/3/04 | $27.72 | 1,068,731 |
| 9/7/04 | $28.33 | 804,176 |
| 9/8/04 | $28.25 | 699,968 |
| 9/9/04 | $28.62 | 465,849 |
| 9/10/04 | $29.03 | 412,426 |
| 9/13/04 | $28.77 | 525,178 |
| 9/14/04 | $28.87 | 409,872 |
| 9/15/04 | $28.27 | 361,290 |
| 9/16/04 | $28.73 | 386,409 |
| 9/17/04 | $28.58 | 323,368 |
| 9/20/04 | $28.69 | 404,079 |
| 9/21/04 | $28.95 | 375,523 |
| 9/22/04 | $28.26 | 393,188 |
| 9/23/04 | $28.24 | 509,784 |
| 9/24/04 | $28.55 | 420,195 |
| 9/27/04 | $28.39 | 447,971 |
| 9/28/04 | $28.91 | 301,524 |
| 9/29/04 | $29.23 | 452,651 |
| 9/30/04 | $29.27 | 295,683 |
| 10/1/04 | $30.01 | 496,702 |
| 10/4/04 | $31.19 | 889,526 |
| 10/5/04 | $31.25 | 627,588 |
| 10/6/04 | $31.85 | 367,082 |
| 10/7/04 | $30.57 | 417,616 |
| 10/8/04 | $30.33 | 504,161 |
| 10/11/04 | $30.56 | 269,976 |
| 10/12/04 | $30.02 | 386,529 |
| 10/13/04 | $29.03 | 712,490 |
| 10/14/04 | $29.02 | 301,401 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 10/15/04 | $29.69 | 420,508 |
| 10/18/04 | $30.14 | 541,218 |
| 10/19/04 | $30.88 | 650,092 |
| 10/20/04 | $29.69 | 963,845 |
| 10/21/04 | $29.73 | 460,520 |
| 10/22/04 | $29.69 | 427,404 |
| 10/25/04 | $30.48 | 499,149 |
| 10/26/04 | $30.93 | 372,532 |
| 10/27/04 | $29.60 | 1,174,235 |
| 10/28/04 | $28.70 | 3,066,684 |
| 10/29/04 | $28.59 | 703,498 |
| 11/1/04 | $28.00 | 1,259,907 |
| 11/2/04 | $27.78 | 594,968 |
| 11/3/04 | $29.13 | 856,015 |
| 11/4/04 | $29.00 | 386,092 |
| 11/5/04 | $28.91 | 446,512 |
| 11/8/04 | $30.35 | 828,587 |
| 11/9/04 | $31.88 | 1,107,932 |
| 11/10/04 | $31.89 | 641,561 |
| 11/11/04 | $31.96 | 641,301 |
| 11/12/04 | $32.51 | 466,439 |
| 11/15/04 | $32.89 | 608,220 |
| 11/16/04 | $32.53 | 580,941 |
| 11/17/04 | $32.65 | 564,945 |
| 11/18/04 | $32.50 | 362,662 |
| 11/19/04 | $31.75 | 318,548 |
| 11/22/04 | $32.53 | 382,637 |
| 11/23/04 | $32.69 | 432,150 |
| 11/24/04 | $33.04 | 247,826 |
| 11/26/04 | $33.09 | 130,284 |
| 11/29/04 | $33.83 | 523,402 |
| 11/30/04 | $32.93 | 518,554 |
| 12/1/04 | $33.42 | 399,946 |
| 12/2/04 | $33.29 | 254,758 |
| 12/3/04 | $33.05 | 268,104 |
| 12/6/04 | $32.46 | 416,340 |
| 12/7/04 | $33.79 | 2,712,308 |
| 12/8/04 | $33.29 | 926,124 |
| 12/9/04 | $35.01 | 848,482 |
| 12/10/04 | $34.99 | 619,634 |
| 12/13/04 | $37.31 | 1,345,181 |
| 12/14/04 | $36.93 | 734,845 |
| 12/15/04 | $36.64 | 696,711 |
| 12/16/04 | $35.49 | 736,610 |
| 12/17/04 | $34.87 | 652,331 |
| 12/20/04 | $35.79 | 567,879 |
| 12/21/04 | $36.00 | 413,728 |
| 12/22/04 | $37.02 | 660,703 |
| 12/23/04 | $38.19 | 743,531 |
| 12/27/04 | $37.60 | 442,807 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 12/28/04 | $38.73 | 376,772 |
| 12/29/04 | $38.42 | 351,031 |
| 12/30/04 | $38.15 | 263,548 |
| 12/31/04 | $38.14 | 182,223 |
| 1/3/05 | $37.28 | 492,125 |
| 1/4/05 | $35.37 | 1,228,598 |
| 1/5/05 | $34.67 | 742,633 |
| 1/6/05 | $34.65 | 524,322 |
| 1/7/05 | $35.15 | 600,708 |
| 1/10/05 | $36.01 | 699,302 |
| 1/11/05 | $34.98 | 652,859 |
| 1/12/05 | $31.75 | 2,874,238 |
| 1/13/05 | $32.47 | 1,454,643 |
| 1/14/05 | $31.22 | 1,083,629 |
| 1/18/05 | $32.24 | 1,055,339 |
| 1/19/05 | $31.32 | 785,948 |
| 1/20/05 | $30.70 | 649,451 |
| 1/21/05 | $30.12 | 640,294 |
| 1/24/05 | $28.31 | 1,649,642 |
| 1/25/05 | $31.28 | 3,497,958 |
| 1/26/05 | $32.43 | 1,120,352 |
| 1/27/05 | $33.26 | 1,113,915 |
| 1/28/05 | $32.88 | 826,742 |
| 1/31/05 | $33.73 | 1,449,484 |
| 2/1/05 | $33.59 | 586,166 |
| 2/2/05 | $34.09 | 634,856 |
| 2/3/05 | $33.20 | 743,184 |
| 2/4/05 | $33.55 | 481,433 |
| 2/7/05 | $33.02 | 662,157 |
| 2/8/05 | $33.89 | 492,888 |
| 2/9/05 | $32.07 | 848,076 |
| 2/10/05 | $31.75 | 567,867 |
| 2/11/05 | $32.34 | 550,221 |
| 2/14/05 | $30.41 | 1,830,348 |
| 2/15/05 | $30.38 | 775,906 |
| 2/16/05 | $30.77 | 626,364 |
| 2/17/05 | $29.97 | 823,737 |
| 2/18/05 | $29.87 | 809,955 |
| 2/22/05 | $28.41 | 1,065,386 |
| 2/23/05 | $29.09 | 889,536 |
| 2/24/05 | $29.59 | 657,029 |
| 2/25/05 | $29.92 | 659,818 |
| 2/28/05 | $30.10 | 751,591 |
| 3/1/05 | $29.64 | 827,503 |
| 3/2/05 | $28.07 | 1,978,807 |
| 3/3/05 | $28.34 | 932,696 |
| 3/4/05 | $29.26 | 6,079,658 |
| 3/7/05 | $28.01 | 1,736,050 |
| 3/8/05 | $27.51 | 714,223 |
| 3/9/05 | $27.25 | 463,939 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 3/10/05 | $26.98 | 737,631 |
| 3/11/05 | $26.67 | 494,604 |
| 3/14/05 | $25.85 | 1,227,308 |
| 3/15/05 | $25.62 | 561,864 |
| 3/16/05 | $25.31 | 678,958 |
| 3/17/05 | $25.47 | 504,842 |
| 3/18/05 | $24.34 | 951,587 |
| 3/21/05 | $23.31 | 1,336,168 |
| 3/22/05 | $23.44 | 830,590 |
| 3/23/05 | $23.04 | 689,934 |
| 3/24/05 | $22.92 | 347,348 |
| 3/28/05 | $23.20 | 655,061 |
| 3/29/05 | $22.28 | 614,317 |
| 3/30/05 | $22.38 | 533,221 |
| 3/31/05 | $22.37 | 970,396 |
| 4/1/05 | $22.30 | 605,651 |
| 4/4/05 | $22.21 | 918,915 |
| 4/5/05 | $22.80 | 1,159,413 |
| 4/6/05 | $22.29 | 660,118 |
| 4/7/05 | $22.00 | 645,630 |
| 4/8/05 | $21.83 | 387,280 |
| 4/11/05 | $21.39 | 961,259 |
| 4/12/05 | $21.56 | 656,845 |
| 4/13/05 | $21.44 | 405,207 |
| 4/14/05 | $20.05 | 2,070,856 |
| 4/15/05 | $18.46 | 2,233,429 |
| 4/18/05 | $18.74 | 1,001,542 |
| 4/19/05 | $19.02 | 413,798 |
| 4/20/05 | $17.99 | 636,256 |
| 4/21/05 | $18.99 | 462,621 |
| 4/22/05 | $18.83 | 583,712 |
| 4/25/05 | $18.45 | 479,535 |
| 4/26/05 | $18.57 | 454,828 |
| 4/27/05 | $18.80 | 381,090 |
| 4/28/05 | $19.71 | 899,952 |
| 4/29/05 | $19.86 | 1,080,218 |
| 5/2/05 | $20.00 | 546,822 |
| 5/3/05 | $19.46 | 439,278 |
| 5/4/05 | $19.72 | 404,309 |
| 5/5/05 | $20.82 | 760,499 |
| 5/6/05 | $21.42 | 727,914 |
| 5/9/05 | $21.36 | 375,532 |
| 5/10/05 | $20.64 | 368,345 |
| 5/11/05 | $20.76 | 279,039 |
| 5/12/05 | $20.33 | 470,507 |
| 5/13/05 | $19.99 | 408,945 |
| 5/16/05 | $20.50 | 390,059 |
| 5/17/05 | $20.43 | 296,149 |
| 5/18/05 | $21.59 | 510,574 |
| 5/19/05 | $21.98 | 523,631 |

# Ceradyne
Source: CRSP

| Date | Price | Volume |
|---|---|---|
| 5/20/05 | $21.60 | 315,054 |
| 5/23/05 | $21.46 | 486,888 |
| 5/24/05 | $21.79 | 368,155 |
| 5/25/05 | $22.53 | 543,194 |
| 5/26/05 | $22.68 | 497,765 |
| 5/27/05 | $22.85 | 224,610 |
| 5/31/05 | $23.09 | 297,753 |
| 6/1/05 | $22.61 | 409,776 |
| 6/2/05 | $22.75 | 221,492 |
| 6/3/05 | $22.47 | 149,398 |
| 6/6/05 | $23.00 | 221,473 |
| 6/7/05 | $22.44 | 302,718 |
| 6/8/05 | $22.28 | 240,092 |
| 6/9/05 | $22.40 | 313,330 |
| 6/10/05 | $21.91 | 226,532 |
| 6/13/05 | $21.93 | 218,396 |
| 6/14/05 | $21.85 | 296,676 |
| 6/15/05 | $21.83 | 281,394 |
| 6/16/05 | $21.80 | 287,555 |
| 6/17/05 | $22.03 | 388,409 |
| 6/20/05 | $21.64 | 290,851 |
| 6/21/05 | $21.82 | 197,715 |
| 6/22/05 | $21.62 | 169,242 |
| 6/23/05 | $20.88 | 271,173 |
| 6/24/05 | $20.54 | 413,578 |
| 6/27/05 | $20.13 | 311,620 |
| 6/28/05 | $22.36 | 782,748 |
| 6/29/05 | $23.95 | 2,092,339 |
| 6/30/05 | $24.07 | 819,196 |