

**DHB Industries, Inc. vs. Ceradyne, Inc. Stock Prices
1/1/04 – 12/31/05**
Source: Bloomberg; CRSP

Note: Ceradyne's returns are pegged to DHB's closing stock price of $5.65 on 2/27/04.



**DHB Industries, Inc. vs. Armor Holdings, Inc. Stock Prices
1/1/04 – 12/31/05**

Source: Bloomberg; CRSP

Note: Armor Holdings' returns are pegged to DHB's closing stock price of $5.65 on 2/27/04.