# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 1/2/03 | $1.61 | 170,600 |
| 1/3/03 | $1.57 | 51,200 |
| 1/6/03 | $1.58 | 76,600 |
| 1/7/03 | $1.48 | 118,800 |
| 1/8/03 | $1.47 | 79,700 |
| 1/9/03 | $1.41 | 129,800 |
| 1/10/03 | $1.45 | 112,200 |
| 1/13/03 | $1.50 | 114,900 |
| 1/14/03 | $1.56 | 84,800 |
| 1/15/03 | $1.63 | 128,700 |
| 1/16/03 | $1.59 | 92,000 |
| 1/17/03 | $1.48 | 79,700 |
| 1/21/03 | $1.43 | 94,300 |
| 1/22/03 | $1.39 | 203,900 |
| 1/23/03 | $1.45 | 107,900 |
| 1/24/03 | $1.52 | 225,000 |
| 1/27/03 | $1.49 | 204,000 |
| 1/28/03 | $1.54 | 58,600 |
| 1/29/03 | $1.59 | 135,900 |
| 1/30/03 | $1.90 | 759,800 |
| 1/31/03 | $2.02 | 603,000 |
| 2/3/03 | $2.48 | 1,045,600 |
| 2/4/03 | $2.33 | 714,700 |
| 2/5/03 | $2.35 | 295,100 |
| 2/6/03 | $2.01 | 1,096,800 |
| 2/7/03 | $1.92 | 285,100 |
| 2/10/03 | $1.97 | 136,200 |
| 2/11/03 | $1.96 | 97,400 |
| 2/12/03 | $1.90 | 71,200 |
| 2/13/03 | $1.79 | 135,600 |
| 2/14/03 | $1.79 | 93,300 |
| 2/18/03 | $1.72 | 109,600 |
| 2/19/03 | $1.75 | 44,800 |
| 2/20/03 | $1.80 | 55,100 |
| 2/21/03 | $1.88 | 105,300 |
| 2/24/03 | $1.89 | 62,500 |
| 2/25/03 | $2.00 | 203,200 |
| 2/26/03 | $2.04 | 88,300 |
| 2/27/03 | $2.08 | 84,600 |
| 2/28/03 | $2.05 | 58,800 |
| 3/3/03 | $2.13 | 100,700 |
| 3/4/03 | $2.18 | 75,200 |
| 3/5/03 | $2.14 | 120,500 |
| 3/6/03 | $2.11 | 87,000 |
| 3/7/03 | $2.09 | 116,500 |
| 3/10/03 | $2.00 | 63,300 |
| 3/11/03 | $2.08 | 40,500 |
| 3/12/03 | $2.07 | 75,400 |
| 3/13/03 | $2.12 | 92,200 |
| 3/14/03 | $2.17 | 125,800 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 3/17/03 | $2.22 | 183,400 |
| 3/18/03 | $2.19 | 160,900 |
| 3/19/03 | $2.19 | 91,100 |
| 3/20/03 | $2.18 | 62,900 |
| 3/21/03 | $2.09 | 295,800 |
| 3/24/03 | $2.13 | 168,100 |
| 3/25/03 | $2.32 | 471,700 |
| 3/26/03 | $2.29 | 574,600 |
| 3/27/03 | $2.20 | 210,200 |
| 3/28/03 | $2.21 | 221,200 |
| 3/31/03 | $2.22 | 111,200 |
| 4/1/03 | $2.25 | 81,200 |
| 4/2/03 | $2.41 | 464,400 |
| 4/3/03 | $2.63 | 712,800 |
| 4/4/03 | $2.61 | 476,200 |
| 4/7/03 | $2.59 | 271,300 |
| 4/8/03 | $2.65 | 279,000 |
| 4/9/03 | $2.88 | 589,400 |
| 4/10/03 | $3.42 | 2,015,300 |
| 4/11/03 | $3.21 | 932,700 |
| 4/14/03 | $3.47 | 758,200 |
| 4/15/03 | $3.39 | 333,100 |
| 4/16/03 | $3.23 | 292,000 |
| 4/17/03 | $3.36 | 383,900 |
| 4/21/03 | $3.45 | 334,400 |
| 4/22/03 | $3.69 | 612,000 |
| 4/23/03 | $3.56 | 357,000 |
| 4/24/03 | $3.73 | 319,200 |
| 4/25/03 | $3.81 | 306,900 |
| 4/28/03 | $3.86 | 383,500 |
| 4/29/03 | $3.90 | 317,300 |
| 4/30/03 | $3.95 | 569,400 |
| 5/1/03 | $4.01 | 1,116,900 |
| 5/2/03 | $4.07 | 592,100 |
| 5/5/03 | $3.99 | 381,800 |
| 5/6/03 | $3.73 | 627,500 |
| 5/7/03 | $3.82 | 327,800 |
| 5/8/03 | $3.77 | 356,600 |
| 5/9/03 | $3.85 | 331,200 |
| 5/12/03 | $3.93 | 651,500 |
| 5/13/03 | $4.04 | 599,000 |
| 5/14/03 | $4.01 | 183,500 |
| 5/15/03 | $4.08 | 194,300 |
| 5/16/03 | $4.10 | 295,400 |
| 5/19/03 | $4.18 | 262,700 |
| 5/20/03 | $4.25 | 195,800 |
| 5/21/03 | $4.43 | 243,700 |
| 5/22/03 | $4.30 | 706,900 |
| 5/23/03 | $4.24 | 377,600 |
| 5/27/03 | $4.10 | 416,500 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 5/28/03 | $4.05 | 340,400 |
| 5/29/03 | $4.07 | 262,300 |
| 5/30/03 | $4.00 | 396,100 |
| 6/2/03 | $3.90 | 448,400 |
| 6/3/03 | $3.67 | 788,100 |
| 6/4/03 | $4.00 | 616,100 |
| 6/5/03 | $4.06 | 249,800 |
| 6/6/03 | $4.01 | 223,100 |
| 6/9/03 | $3.88 | 191,000 |
| 6/10/03 | $3.98 | 159,700 |
| 6/11/03 | $4.03 | 151,800 |
| 6/12/03 | $3.73 | 1,697,200 |
| 6/13/03 | $3.64 | 317,300 |
| 6/16/03 | $3.68 | 559,300 |
| 6/17/03 | $3.68 | 334,000 |
| 6/18/03 | $3.62 | 297,500 |
| 6/19/03 | $3.55 | 124,600 |
| 6/20/03 | $3.55 | 123,000 |
| 6/23/03 | $3.37 | 196,900 |
| 6/24/03 | $3.50 | 126,200 |
| 6/25/03 | $3.51 | 136,200 |
| 6/26/03 | $3.76 | 348,800 |
| 6/27/03 | $3.85 | 224,500 |
| 6/30/03 | $4.09 | 440,400 |
| 7/1/03 | $4.02 | 184,300 |
| 7/2/03 | $4.14 | 197,900 |
| 7/3/03 | $4.16 | 88,100 |
| 7/7/03 | $4.25 | 235,200 |
| 7/8/03 | $4.39 | 216,900 |
| 7/9/03 | $4.33 | 275,300 |
| 7/10/03 | $4.35 | 102,700 |
| 7/11/03 | $4.52 | 255,600 |
| 7/14/03 | $4.61 | 691,300 |
| 7/15/03 | $4.38 | 395,000 |
| 7/16/03 | $4.14 | 1,248,600 |
| 7/17/03 | $4.05 | 206,100 |
| 7/18/03 | $4.15 | 201,900 |
| 7/21/03 | $4.26 | 336,800 |
| 7/22/03 | $4.43 | 270,000 |
| 7/23/03 | $4.38 | 172,200 |
| 7/24/03 | $4.44 | 324,600 |
| 7/25/03 | $4.22 | 671,300 |
| 7/28/03 | $4.23 | 218,500 |
| 7/29/03 | $4.17 | 121,400 |
| 7/30/03 | $4.22 | 55,400 |
| 7/31/03 | $4.25 | 230,100 |
| 8/1/03 | $4.14 | 164,600 |
| 8/4/03 | $4.15 | 153,500 |
| 8/5/03 | $4.10 | 90,900 |
| 8/6/03 | $3.97 | 181,800 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 8/7/03 | $3.96 | 150,000 |
| 8/8/03 | $3.99 | 148,400 |
| 8/11/03 | $4.16 | 165,800 |
| 8/12/03 | $4.05 | 226,900 |
| 8/13/03 | $3.97 | 159,400 |
| 8/14/03 | $4.00 | 116,000 |
| 8/15/03 | $4.04 | 18,500 |
| 8/18/03 | $4.10 | 103,600 |
| 8/19/03 | $4.20 | 176,100 |
| 8/20/03 | $4.21 | 99,100 |
| 8/21/03 | $4.27 | 133,200 |
| 8/22/03 | $4.21 | 126,100 |
| 8/25/03 | $4.28 | 159,400 |
| 8/26/03 | $4.25 | 97,500 |
| 8/27/03 | $4.30 | 90,900 |
| 8/28/03 | $3.99 | 1,522,700 |
| 8/29/03 | $4.02 | 247,900 |
| 9/2/03 | $3.99 | 137,000 |
| 9/3/03 | $3.94 | 162,800 |
| 9/4/03 | $3.95 | 96,200 |
| 9/5/03 | $3.86 | 146,200 |
| 9/8/03 | $3.94 | 450,600 |
| 9/9/03 | $4.14 | 820,300 |
| 9/10/03 | $4.25 | 419,300 |
| 9/11/03 | $4.47 | 295,200 |
| 9/12/03 | $4.71 | 363,900 |
| 9/15/03 | $4.78 | 315,000 |
| 9/16/03 | $4.83 | 167,900 |
| 9/17/03 | $4.65 | 284,700 |
| 9/18/03 | $4.69 | 262,700 |
| 9/19/03 | $4.65 | 124,000 |
| 9/22/03 | $4.78 | 116,300 |
| 9/23/03 | $4.76 | 155,700 |
| 9/24/03 | $4.75 | 210,500 |
| 9/25/03 | $4.44 | 303,500 |
| 9/26/03 | $4.52 | 140,100 |
| 9/29/03 | $4.30 | 320,700 |
| 9/30/03 | $4.35 | 138,200 |
| 10/1/03 | $4.37 | 206,900 |
| 10/2/03 | $4.10 | 844,200 |
| 10/3/03 | $4.16 | 336,300 |
| 10/6/03 | $4.43 | 322,100 |
| 10/7/03 | $4.30 | 314,300 |
| 10/8/03 | $4.31 | 150,600 |
| 10/9/03 | $4.57 | 398,700 |
| 10/10/03 | $4.56 | 313,700 |
| 10/13/03 | $4.68 | 439,400 |
| 10/14/03 | $5.39 | 1,259,300 |
| 10/15/03 | $5.80 | 1,547,500 |
| 10/16/03 | $5.86 | 712,000 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 10/17/03 | $5.66 | 470,200 |
| 10/20/03 | $5.47 | 482,300 |
| 10/21/03 | $5.29 | 330,900 |
| 10/22/03 | $5.19 | 512,700 |
| 10/23/03 | $5.24 | 181,500 |
| 10/24/03 | $5.21 | 244,600 |
| 10/27/03 | $5.27 | 217,000 |
| 10/28/03 | $5.36 | 234,000 |
| 10/29/03 | $5.60 | 199,800 |
| 10/30/03 | $5.86 | 409,700 |
| 10/31/03 | $5.95 | 297,000 |
| 11/3/03 | $5.75 | 303,346 |
| 11/4/03 | $5.68 | 260,082 |
| 11/5/03 | $5.97 | 417,000 |
| 11/6/03 | $6.25 | 663,600 |
| 11/7/03 | $6.60 | 704,700 |
| 11/10/03 | $6.50 | 478,500 |
| 11/11/03 | $6.53 | 525,000 |
| 11/12/03 | $7.47 | 1,730,600 |
| 11/13/03 | $7.95 | 1,718,300 |
| 11/14/03 | $7.25 | 4,402,300 |
| 11/17/03 | $6.99 | 1,035,100 |
| 11/18/03 | $6.90 | 457,300 |
| 11/19/03 | $7.08 | 1,140,900 |
| 11/20/03 | $7.30 | 750,300 |
| 11/21/03 | $7.37 | 593,200 |
| 11/24/03 | $7.40 | 374,600 |
| 11/25/03 | $7.47 | 276,300 |
| 11/26/03 | $7.47 | 145,700 |
| 11/28/03 | $7.52 | 171,900 |
| 12/1/03 | $7.33 | 1,350,300 |
| 12/2/03 | $7.18 | 401,600 |
| 12/3/03 | $6.75 | 887,500 |
| 12/4/03 | $6.99 | 1,006,100 |
| 12/5/03 | $6.96 | 437,800 |
| 12/8/03 | $6.95 | 366,100 |
| 12/9/03 | $6.85 | 238,100 |
| 12/10/03 | $6.16 | 1,302,100 |
| 12/11/03 | $6.23 | 3,076,500 |
| 12/12/03 | $6.45 | 579,200 |
| 12/15/03 | $6.30 | 794,500 |
| 12/16/03 | $6.63 | 940,600 |
| 12/17/03 | $6.64 | 313,100 |
| 12/18/03 | $6.59 | 542,900 |
| 12/19/03 | $6.60 | 359,000 |
| 12/22/03 | $6.57 | 274,100 |
| 12/23/03 | $6.83 | 556,900 |
| 12/24/03 | $6.91 | 298,600 |
| 12/26/03 | $6.90 | 136,300 |
| 12/29/03 | $6.90 | 286,500 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 12/30/03 | $7.00 | 678,800 |
| 12/31/03 | $7.00 | 395,200 |
| 1/2/04 | $6.94 | 220,700 |
| 1/5/04 | $6.97 | 429,400 |
| 1/6/04 | $7.17 | 802,200 |
| 1/7/04 | $7.15 | 423,000 |
| 1/8/04 | $7.03 | 415,800 |
| 1/9/04 | $6.88 | 546,400 |
| 1/12/04 | $6.95 | 490,100 |
| 1/13/04 | $7.06 | 315,500 |
| 1/14/04 | $7.21 | 552,600 |
| 1/15/04 | $7.20 | 274,400 |
| 1/16/04 | $7.19 | 446,800 |
| 1/20/04 | $7.25 | 410,000 |
| 1/21/04 | $7.41 | 738,600 |
| 1/22/04 | $7.31 | 459,700 |
| 1/23/04 | $7.32 | 339,800 |
| 1/26/04 | $7.33 | 273,500 |
| 1/27/04 | $7.28 | 216,100 |
| 1/28/04 | $6.52 | 2,116,500 |
| 1/29/04 | $6.55 | 910,000 |
| 1/30/04 | $6.60 | 231,800 |
| 2/2/04 | $6.50 | 330,100 |
| 2/3/04 | $6.34 | 402,500 |
| 2/4/04 | $6.28 | 440,900 |
| 2/5/04 | $6.25 | 394,400 |
| 2/6/04 | $6.33 | 246,700 |
| 2/9/04 | $6.29 | 254,000 |
| 2/10/04 | $6.18 | 290,300 |
| 2/11/04 | $6.18 | 831,500 |
| 2/12/04 | $6.36 | 363,700 |
| 2/13/04 | $6.20 | 212,500 |
| 2/17/04 | $6.37 | 211,400 |
| 2/18/04 | $6.29 | 158,900 |
| 2/19/04 | $6.20 | 209,200 |
| 2/20/04 | $6.11 | 341,700 |
| 2/23/04 | $5.88 | 331,000 |
| 2/24/04 | $5.69 | 526,000 |
| 2/25/04 | $5.64 | 298,600 |
| 2/26/04 | $5.93 | 708,500 |
| 2/27/04 | $5.65 | 312,200 |
| 3/1/04 | $5.99 | 212,900 |
| 3/2/04 | $5.93 | 276,000 |
| 3/3/04 | $5.93 | 129,100 |
| 3/4/04 | $6.07 | 241,500 |
| 3/5/04 | $5.93 | 137,200 |
| 3/8/04 | $6.04 | 169,600 |
| 3/9/04 | $5.80 | 193,800 |
| 3/10/04 | $5.66 | 191,600 |
| 3/11/04 | $5.80 | 288,200 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 3/12/04 | $6.00 | 379,400 |
| 3/15/04 | $6.05 | 738,000 |
| 3/16/04 | $5.60 | 1,278,400 |
| 3/17/04 | $5.60 | 1,436,600 |
| 3/18/04 | $5.35 | 646,400 |
| 3/19/04 | $5.29 | 284,100 |
| 3/22/04 | $5.49 | 348,400 |
| 3/23/04 | $6.01 | 624,400 |
| 3/24/04 | $6.54 | 2,070,700 |
| 3/25/04 | $6.72 | 1,082,800 |
| 3/26/04 | $6.65 | 603,800 |
| 3/29/04 | $6.75 | 517,300 |
| 3/30/04 | $7.11 | 664,600 |
| 3/31/04 | $7.37 | 1,010,000 |
| 4/1/04 | $7.94 | 1,450,000 |
| 4/2/04 | $7.83 | 1,003,600 |
| 4/5/04 | $7.69 | 1,029,100 |
| 4/6/04 | $7.65 | 615,900 |
| 4/7/04 | $8.70 | 1,269,500 |
| 4/8/04 | $9.74 | 4,059,400 |
| 4/12/04 | $9.20 | 3,252,900 |
| 4/13/04 | $8.60 | 1,968,000 |
| 4/14/04 | $8.79 | 1,270,800 |
| 4/15/04 | $8.60 | 644,500 |
| 4/16/04 | $8.79 | 801,900 |
| 4/19/04 | $9.79 | 1,872,600 |
| 4/20/04 | $9.28 | 2,132,100 |
| 4/21/04 | $9.63 | 850,400 |
| 4/22/04 | $10.48 | 1,969,800 |
| 4/23/04 | $10.25 | 1,165,800 |
| 4/26/04 | $10.44 | 1,001,300 |
| 4/27/04 | $10.53 | 868,000 |
| 4/28/04 | $9.90 | 1,182,300 |
| 4/29/04 | $9.48 | 1,547,900 |
| 4/30/04 | $9.13 | 827,900 |
| 5/3/04 | $9.09 | 700,600 |
| 5/4/04 | $9.43 | 452,700 |
| 5/5/04 | $10.12 | 850,800 |
| 5/6/04 | $9.93 | 768,200 |
| 5/7/04 | $9.36 | 1,509,500 |
| 5/10/04 | $8.76 | 2,085,100 |
| 5/11/04 | $9.11 | 720,700 |
| 5/12/04 | $9.55 | 677,500 |
| 5/13/04 | $9.81 | 857,700 |
| 5/14/04 | $9.46 | 693,500 |
| 5/17/04 | $9.18 | 724,800 |
| 5/18/04 | $9.02 | 712,800 |
| 5/19/04 | $9.03 | 458,600 |
| 5/20/04 | $9.00 | 485,800 |
| 5/21/04 | $9.05 | 253,000 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 5/24/04 | $8.79 | 482,600 |
| 5/25/04 | $8.81 | 522,300 |
| 5/26/04 | $9.08 | 782,700 |
| 5/27/04 | $9.22 | 568,500 |
| 5/28/04 | $9.43 | 431,500 |
| 6/1/04 | $9.50 | 354,000 |
| 6/2/04 | $9.22 | 432,100 |
| 6/3/04 | $9.22 | 255,100 |
| 6/4/04 | $9.16 | 296,100 |
| 6/7/04 | $9.11 | 395,800 |
| 6/8/04 | $9.30 | 697,600 |
| 6/9/04 | $12.54 | 7,172,200 |
| 6/10/04 | $12.75 | 3,332,500 |
| 6/14/04 | $13.46 | 2,722,000 |
| 6/15/04 | $14.28 | 4,017,800 |
| 6/16/04 | $14.80 | 3,289,500 |
| 6/17/04 | $14.24 | 3,422,700 |
| 6/18/04 | $13.47 | 2,506,900 |
| 6/21/04 | $13.33 | 1,303,200 |
| 6/22/04 | $14.27 | 2,317,000 |
| 6/23/04 | $14.40 | 1,978,100 |
| 6/24/04 | $14.23 | 1,253,700 |
| 6/25/04 | $14.94 | 1,522,000 |
| 6/28/04 | $15.84 | 3,013,500 |
| 6/29/04 | $16.05 | 2,333,800 |
| 6/30/04 | $15.18 | 2,198,100 |
| 7/1/04 | $15.18 | 1,076,700 |
| 7/2/04 | $15.41 | 1,036,700 |
| 7/6/04 | $14.86 | 1,111,600 |
| 7/7/04 | $14.55 | 2,015,300 |
| 7/8/04 | $14.16 | 859,900 |
| 7/9/04 | $14.51 | 732,900 |
| 7/12/04 | $14.50 | 1,002,100 |
| 7/13/04 | $14.57 | 418,500 |
| 7/14/04 | $15.73 | 2,589,500 |
| 7/15/04 | $15.22 | 1,469,400 |
| 7/16/04 | $15.12 | 907,700 |
| 7/19/04 | $15.28 | 1,239,800 |
| 7/20/04 | $15.42 | 700,400 |
| 7/21/04 | $14.96 | 683,100 |
| 7/22/04 | $14.43 | 1,404,600 |
| 7/23/04 | $15.01 | 906,200 |
| 7/26/04 | $14.39 | 819,800 |
| 7/27/04 | $14.60 | 583,500 |
| 7/28/04 | $14.60 | 434,900 |
| 7/29/04 | $14.86 | 573,000 |
| 7/30/04 | $15.21 | 687,600 |
| 8/2/04 | $17.05 | 3,757,200 |
| 8/3/04 | $16.60 | 2,371,900 |
| 8/4/04 | $16.09 | 1,333,800 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 8/5/04 | $16.48 | 1,347,900 |
| 8/6/04 | $13.50 | 4,915,600 |
| 8/9/04 | $13.95 | 2,243,100 |
| 8/10/04 | $14.13 | 1,164,800 |
| 8/11/04 | $13.44 | 1,438,700 |
| 8/12/04 | $12.57 | 2,067,600 |
| 8/13/04 | $12.16 | 1,784,300 |
| 8/16/04 | $12.46 | 1,563,000 |
| 8/17/04 | $12.16 | 1,079,500 |
| 8/18/04 | $12.59 | 731,600 |
| 8/19/04 | $12.61 | 728,300 |
| 8/20/04 | $13.20 | 1,172,800 |
| 8/23/04 | $13.96 | 1,628,600 |
| 8/24/04 | $13.21 | 1,336,700 |
| 8/25/04 | $13.50 | 854,800 |
| 8/26/04 | $13.13 | 526,100 |
| 8/27/04 | $13.40 | 360,600 |
| 8/30/04 | $12.94 | 524,200 |
| 8/31/04 | $12.67 | 1,040,200 |
| 9/1/04 | $12.75 | 602,000 |
| 9/2/04 | $12.52 | 668,900 |
| 9/3/04 | $12.42 | 686,400 |
| 9/7/04 | $12.72 | 626,000 |
| 9/8/04 | $12.58 | 396,400 |
| 9/9/04 | $12.70 | 473,600 |
| 9/10/04 | $12.70 | 365,400 |
| 9/13/04 | $12.51 | 482,700 |
| 9/14/04 | $11.94 | 1,795,900 |
| 9/15/04 | $11.40 | 1,216,100 |
| 9/16/04 | $11.92 | 1,410,000 |
| 9/17/04 | $11.80 | 644,500 |
| 9/20/04 | $11.48 | 565,100 |
| 9/21/04 | $11.68 | 528,400 |
| 9/22/04 | $11.35 | 577,800 |
| 9/23/04 | $11.23 | 805,200 |
| 9/24/04 | $13.51 | 3,672,100 |
| 9/27/04 | $14.40 | 3,869,800 |
| 9/28/04 | $13.90 | 1,997,000 |
| 9/29/04 | $13.89 | 642,100 |
| 9/30/04 | $14.20 | 698,000 |
| 10/1/04 | $14.52 | 1,065,400 |
| 10/4/04 | $14.55 | 1,006,900 |
| 10/5/04 | $14.89 | 1,802,600 |
| 10/6/04 | $14.81 | 549,300 |
| 10/7/04 | $14.68 | 528,600 |
| 10/8/04 | $14.24 | 758,300 |
| 10/11/04 | $13.97 | 530,600 |
| 10/12/04 | $13.63 | 1,046,900 |
| 10/13/04 | $13.47 | 662,200 |
| 10/14/04 | $14.00 | 678,200 |

# DHB Industries, Inc.

Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 10/15/04 | $14.38 | 1,058,300 |
| 10/18/04 | $14.16 | 464,300 |
| 10/19/04 | $13.81 | 657,800 |
| 10/20/04 | $13.80 | 518,600 |
| 10/21/04 | $13.69 | 578,300 |
| 10/22/04 | $13.72 | 577,000 |
| 10/25/04 | $13.59 | 526,900 |
| 10/26/04 | $13.75 | 663,300 |
| 10/27/04 | $13.71 | 459,000 |
| 10/28/04 | $13.51 | 582,100 |
| 10/29/04 | $13.82 | 1,288,000 |
| 11/1/04 | $13.71 | 806,500 |
| 11/2/04 | $13.49 | 642,100 |
| 11/3/04 | $14.05 | 1,025,300 |
| 11/4/04 | $15.74 | 2,998,800 |
| 11/5/04 | $15.28 | 1,942,500 |
| 11/8/04 | $16.44 | 2,297,000 |
| 11/9/04 | $16.20 | 2,877,100 |
| 11/10/04 | $15.26 | 2,856,600 |
| 11/11/04 | $15.97 | 1,483,900 |
| 11/12/04 | $16.16 | 1,054,600 |
| 11/15/04 | $18.65 | 5,005,200 |
| 11/16/04 | $19.20 | 3,368,800 |
| 11/17/04 | $18.38 | 2,359,500 |
| 11/18/04 | $18.85 | 1,252,200 |
| 11/19/04 | $19.24 | 1,418,800 |
| 11/22/04 | $20.39 | 2,626,900 |
| 11/23/04 | $20.43 | 1,406,600 |
| 11/24/04 | $20.10 | 1,412,200 |
| 11/26/04 | $20.46 | 482,300 |
| 11/29/04 | $19.60 | 3,056,700 |
| 11/30/04 | $18.60 | 4,225,200 |
| 12/1/04 | $18.26 | 2,967,200 |
| 12/2/04 | $18.69 | 1,783,700 |
| 12/3/04 | $18.61 | 1,162,400 |
| 12/6/04 | $18.69 | 835,900 |
| 12/7/04 | $17.91 | 1,312,500 |
| 12/8/04 | $17.75 | 2,321,300 |
| 12/9/04 | $17.31 | 1,445,600 |
| 12/10/04 | $18.34 | 2,201,500 |
| 12/13/04 | $19.09 | 2,862,300 |
| 12/14/04 | $18.95 | 1,001,900 |
| 12/15/04 | $19.17 | 1,455,900 |
| 12/16/04 | $18.37 | 1,939,500 |
| 12/17/04 | $18.07 | 1,094,500 |
| 12/20/04 | $17.61 | 1,135,100 |
| 12/21/04 | $17.89 | 921,500 |
| 12/22/04 | $18.61 | 2,339,900 |
| 12/23/04 | $22.53 | 8,113,600 |
| 12/27/04 | $19.90 | 8,556,900 |

# DHB Industries, Inc.

Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 12/28/04 | $19.48 | 4,106,100 |
| 12/29/04 | $19.87 | 2,916,100 |
| 12/30/04 | $19.13 | 3,845,900 |
| 12/31/04 | $19.04 | 1,421,600 |
| 1/3/05 | $17.84 | 3,396,700 |
| 1/4/05 | $16.53 | 5,027,800 |
| 1/5/05 | $16.70 | 3,622,800 |
| 1/6/05 | $15.99 | 2,623,400 |
| 1/7/05 | $15.96 | 1,941,000 |
| 1/10/05 | $16.21 | 2,018,300 |
| 1/11/05 | $14.85 | 2,864,400 |
| 1/12/05 | $15.51 | 4,604,000 |
| 1/13/05 | $15.21 | 2,186,900 |
| 1/14/05 | $15.54 | 1,761,600 |
| 1/18/05 | $15.78 | 1,188,600 |
| 1/19/05 | $15.35 | 898,200 |
| 1/20/05 | $14.95 | 856,600 |
| 1/21/05 | $14.82 | 743,200 |
| 1/24/05 | $14.19 | 2,006,500 |
| 1/25/05 | $15.02 | 2,089,900 |
| 1/26/05 | $15.26 | 890,200 |
| 1/27/05 | $15.45 | 971,200 |
| 1/28/05 | $15.11 | 594,800 |
| 1/31/05 | $15.19 | 1,163,500 |
| 2/1/05 | $14.99 | 876,400 |
| 2/2/05 | $15.85 | 1,545,900 |
| 2/3/05 | $15.99 | 1,506,700 |
| 2/4/05 | $16.22 | 1,014,800 |
| 2/7/05 | $16.05 | 871,000 |
| 2/8/05 | $15.50 | 1,777,000 |
| 2/9/05 | $15.05 | 1,068,400 |
| 2/10/05 | $14.93 | 1,295,400 |
| 2/11/05 | $15.00 | 995,600 |
| 2/14/05 | $14.67 | 1,082,200 |
| 2/15/05 | $14.89 | 931,700 |
| 2/16/05 | $14.99 | 623,300 |
| 2/17/05 | $14.72 | 483,200 |
| 2/18/05 | $14.99 | 717,500 |
| 2/22/05 | $14.59 | 1,184,600 |
| 2/23/05 | $14.72 | 636,100 |
| 2/24/05 | $14.84 | 867,200 |
| 2/25/05 | $14.80 | 594,400 |
| 2/28/05 | $14.19 | 1,075,600 |
| 3/1/05 | $12.30 | 6,331,000 |
| 3/2/05 | $12.65 | 1,552,000 |
| 3/3/05 | $12.26 | 864,800 |
| 3/4/05 | $11.04 | 4,537,500 |
| 3/7/05 | $12.23 | 3,268,900 |
| 3/8/05 | $11.82 | 1,892,800 |
| 3/9/05 | $11.81 | 977,700 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 3/10/05 | $11.97 | 687,300 |
| 3/11/05 | $11.73 | 802,300 |
| 3/14/05 | $11.89 | 690,700 |
| 3/15/05 | $12.09 | 1,106,300 |
| 3/16/05 | $11.86 | 1,217,500 |
| 3/17/05 | $10.37 | 4,551,100 |
| 3/18/05 | $10.28 | 1,835,500 |
| 3/21/05 | $9.98 | 2,306,700 |
| 3/22/05 | $9.65 | 1,366,100 |
| 3/23/05 | $9.53 | 883,200 |
| 3/24/05 | $9.51 | 860,600 |
| 3/28/05 | $9.71 | 931,400 |
| 3/29/05 | $9.11 | 984,800 |
| 3/30/05 | $9.15 | 1,791,500 |
| 3/31/05 | $8.80 | 1,039,000 |
| 4/1/05 | $8.94 | 1,150,800 |
| 4/4/05 | $8.66 | 966,000 |
| 4/5/05 | $8.36 | 1,525,400 |
| 4/6/05 | $9.63 | 2,748,900 |
| 4/7/05 | $9.32 | 1,576,600 |
| 4/8/05 | $9.00 | 842,000 |
| 4/11/05 | $8.74 | 586,600 |
| 4/12/05 | $8.60 | 1,008,900 |
| 4/13/05 | $8.41 | 794,400 |
| 4/14/05 | $8.16 | 918,700 |
| 4/15/05 | $7.45 | 2,493,900 |
| 4/18/05 | $7.33 | 1,346,200 |
| 4/19/05 | $7.42 | 684,800 |
| 4/20/05 | $7.08 | 927,900 |
| 4/21/05 | $6.97 | 1,506,700 |
| 4/22/05 | $7.07 | 1,677,000 |
| 4/25/05 | $7.10 | 821,200 |
| 4/26/05 | $7.15 | 863,900 |
| 4/27/05 | $7.14 | 869,100 |
| 4/28/05 | $6.74 | 1,238,600 |
| 4/29/05 | $6.64 | 856,500 |
| 5/2/05 | $6.90 | 870,400 |
| 5/3/05 | $7.36 | 1,764,100 |
| 5/4/05 | $8.33 | 3,116,100 |
| 5/5/05 | $7.94 | 3,086,500 |
| 5/6/05 | $7.79 | 1,927,800 |
| 5/9/05 | $8.06 | 1,594,200 |
| 5/10/05 | $8.02 | 1,823,300 |
| 5/11/05 | $7.70 | 1,085,700 |
| 5/12/05 | $7.45 | 1,207,800 |
| 5/13/05 | $7.19 | 782,100 |
| 5/16/05 | $6.98 | 1,061,900 |
| 5/17/05 | $7.26 | 596,500 |
| 5/18/05 | $7.29 | 662,600 |
| 5/19/05 | $7.36 | 601,500 |

# DHB Industries, Inc.
Source: Bloomberg

| Date | Price | Volume |
|---|---|---|
| 5/20/05 | $7.50 | 720,200 |
| 5/23/05 | $7.73 | 1,236,800 |
| 5/24/05 | $7.66 | 552,300 |
| 5/25/05 | $7.70 | 576,300 |
| 5/26/05 | $7.81 | 531,700 |
| 5/27/05 | $7.82 | 538,300 |
| 5/31/05 | $7.86 | 484,800 |
| 6/1/05 | $7.69 | 378,800 |
| 6/2/05 | $7.85 | 408,600 |
| 6/3/05 | $7.75 | 448,700 |
| 6/6/05 | $7.48 | 469,700 |
| 6/7/05 | $7.35 | 380,700 |
| 6/8/05 | $7.39 | 331,000 |
| 6/9/05 | $7.37 | 517,700 |
| 6/10/05 | $7.31 | 339,300 |
| 6/13/05 | $7.33 | 276,800 |
| 6/14/05 | $7.62 | 661,700 |
| 6/15/05 | $8.71 | 2,995,500 |
| 6/16/05 | $8.39 | 1,916,100 |
| 6/17/05 | $8.21 | 838,200 |
| 6/20/05 | $8.11 | 588,800 |
| 6/21/05 | $8.54 | 1,148,400 |
| 6/22/05 | $9.35 | 2,691,200 |
| 6/23/05 | $8.79 | 1,813,400 |
| 6/24/05 | $8.77 | 983,300 |
| 6/27/05 | $8.30 | 957,700 |
| 6/28/05 | $8.80 | 663,700 |
| 6/29/05 | $8.60 | 795,500 |
| 6/30/05 | $8.45 | 433,700 |