# NYSE
Source:  CRSP

| Date | Return |
|---|---|
| 1/2/03 | 2.90% |
| 1/3/03 | -0.07% |
| 1/6/03 | 1.92% |
| 1/7/03 | -0.95% |
| 1/8/03 | -1.14% |
| 1/9/03 | 1.62% |
| 1/10/03 | -0.08% |
| 1/13/03 | -0.11% |
| 1/14/03 | 0.42% |
| 1/15/03 | -1.17% |
| 1/16/03 | -0.12% |
| 1/17/03 | -0.95% |
| 1/21/03 | -1.68% |
| 1/22/03 | -1.02% |
| 1/23/03 | 0.75% |
| 1/24/03 | -2.45% |
| 1/27/03 | -1.72% |
| 1/28/03 | 1.17% |
| 1/29/03 | 0.50% |
| 1/30/03 | -1.86% |
| 1/31/03 | 1.57% |
| 2/3/03 | 0.39% |
| 2/4/03 | -1.24% |
| 2/5/03 | -0.48% |
| 2/6/03 | -0.77% |
| 2/7/03 | -0.92% |
| 2/10/03 | 0.50% |
| 2/11/03 | -0.73% |
| 2/12/03 | -1.21% |
| 2/13/03 | -0.20% |
| 2/14/03 | 1.66% |
| 2/18/03 | 1.74% |
| 2/19/03 | -0.66% |
| 2/20/03 | -0.81% |
| 2/21/03 | 1.22% |
| 2/24/03 | -1.61% |
| 2/25/03 | 0.66% |
| 2/26/03 | -0.96% |
| 2/27/03 | 1.02% |
| 2/28/03 | 0.30% |
| 3/3/03 | -0.49% |
| 3/4/03 | -1.48% |
| 3/5/03 | 0.80% |
| 3/6/03 | -0.80% |
| 3/7/03 | 0.81% |
| 3/10/03 | -2.34% |
| 3/11/03 | -0.85% |
| 3/12/03 | 0.13% |
| 3/13/03 | 2.84% |
| 3/14/03 | 0.19% |

# NYSE
Source: CRSP

| Date | Return |
|---|---|
| 3/17/03 | 3.12% |
| 3/18/03 | 0.46% |
| 3/19/03 | 0.89% |
| 3/20/03 | 0.28% |
| 3/21/03 | 2.30% |
| 3/24/03 | -3.20% |
| 3/25/03 | 1.10% |
| 3/26/03 | -0.54% |
| 3/27/03 | -0.04% |
| 3/28/03 | -0.29% |
| 3/31/03 | -1.46% |
| 4/1/03 | 1.20% |
| 4/2/03 | 2.25% |
| 4/3/03 | -0.58% |
| 4/4/03 | 0.41% |
| 4/7/03 | 0.17% |
| 4/8/03 | -0.11% |
| 4/9/03 | -1.01% |
| 4/10/03 | 0.50% |
| 4/11/03 | -0.24% |
| 4/14/03 | 1.76% |
| 4/15/03 | 0.68% |
| 4/16/03 | -1.31% |
| 4/17/03 | 1.37% |
| 4/21/03 | -0.03% |
| 4/22/03 | 2.04% |
| 4/23/03 | 0.78% |
| 4/24/03 | -0.88% |
| 4/25/03 | -1.19% |
| 4/28/03 | 1.63% |
| 4/29/03 | 0.26% |
| 4/30/03 | 0.20% |
| 5/1/03 | -0.10% |
| 5/2/03 | 1.37% |
| 5/5/03 | -0.13% |
| 5/6/03 | 0.76% |
| 5/7/03 | -0.33% |
| 5/8/03 | -0.88% |
| 5/9/03 | 1.19% |
| 5/12/03 | 1.19% |
| 5/13/03 | -0.21% |
| 5/14/03 | -0.11% |
| 5/15/03 | 0.61% |
| 5/16/03 | -0.05% |
| 5/19/03 | -2.03% |
| 5/20/03 | -0.01% |
| 5/21/03 | 0.50% |
| 5/22/03 | 0.84% |
| 5/23/03 | 0.30% |
| 5/27/03 | 1.58% |

# NYSE
Source: CRSP

| Date | Return |
|---|---|
| 5/28/03 | 0.14% |
| 5/29/03 | -0.46% |
| 5/30/03 | 1.52% |
| 6/2/03 | 0.62% |
| 6/3/03 | 0.25% |
| 6/4/03 | 1.44% |
| 6/5/03 | 0.55% |
| 6/6/03 | -0.13% |
| 6/9/03 | -1.23% |
| 6/10/03 | 0.83% |
| 6/11/03 | 1.39% |
| 6/12/03 | 0.10% |
| 6/13/03 | -0.84% |
| 6/16/03 | 1.95% |
| 6/17/03 | 0.12% |
| 6/18/03 | -0.33% |
| 6/19/03 | -1.36% |
| 6/20/03 | 0.06% |
| 6/23/03 | -1.34% |
| 6/24/03 | 0.29% |
| 6/25/03 | -0.59% |
| 6/26/03 | 0.86% |
| 6/27/03 | -0.79% |
| 6/30/03 | -0.13% |
| 7/1/03 | 0.58% |
| 7/2/03 | 1.02% |
| 7/3/03 | -0.60% |
| 7/7/03 | 1.39% |
| 7/8/03 | 0.22% |
| 7/9/03 | -0.41% |
| 7/10/03 | -1.20% |
| 7/11/03 | 0.86% |
| 7/14/03 | 0.58% |
| 7/15/03 | -0.47% |
| 7/16/03 | -0.68% |
| 7/17/03 | -1.09% |
| 7/18/03 | 1.18% |
| 7/21/03 | -1.25% |
| 7/22/03 | 0.77% |
| 7/23/03 | 0.08% |
| 7/24/03 | -0.46% |
| 7/25/03 | 1.42% |
| 7/28/03 | -0.08% |
| 7/29/03 | -0.64% |
| 7/30/03 | -0.11% |
| 7/31/03 | 0.17% |
| 8/1/03 | -0.98% |
| 8/4/03 | 0.11% |
| 8/5/03 | -1.39% |
| 8/6/03 | 0.30% |

# NYSE
Source: CRSP

| Date | Return |
|---|---|
| 8/7/03 | 0.74% |
| 8/8/03 | 0.54% |
| 8/11/03 | 0.36% |
| 8/12/03 | 0.90% |
| 8/13/03 | -0.54% |
| 8/14/03 | 0.49% |
| 8/15/03 | 0.11% |
| 8/18/03 | 0.67% |
| 8/19/03 | 0.23% |
| 8/20/03 | -0.14% |
| 8/21/03 | 0.29% |
| 8/22/03 | -1.09% |
| 8/25/03 | -0.09% |
| 8/26/03 | 0.29% |
| 8/27/03 | 0.09% |
| 8/28/03 | 0.63% |
| 8/29/03 | 0.50% |
| 9/2/03 | 1.23% |
| 9/3/03 | 0.43% |
| 9/4/03 | 0.09% |
| 9/5/03 | -0.53% |
| 9/8/03 | 0.87% |
| 9/9/03 | -0.73% |
| 9/10/03 | -0.99% |
| 9/11/03 | 0.43% |
| 9/12/03 | 0.18% |
| 9/15/03 | -0.30% |
| 9/16/03 | 1.12% |
| 9/17/03 | -0.23% |
| 9/18/03 | 1.13% |
| 9/19/03 | -0.14% |
| 9/22/03 | -1.10% |
| 9/23/03 | 0.42% |
| 9/24/03 | -1.44% |
| 9/25/03 | -0.67% |
| 9/26/03 | -0.68% |
| 9/29/03 | 0.77% |
| 9/30/03 | -0.63% |
| 10/1/03 | 2.02% |
| 10/2/03 | 0.34% |
| 10/3/03 | 0.61% |
| 10/6/03 | 0.46% |
| 10/7/03 | 0.44% |
| 10/8/03 | -0.38% |
| 10/9/03 | 0.44% |
| 10/10/03 | -0.05% |
| 10/13/03 | 0.74% |
| 10/14/03 | 0.42% |
| 10/15/03 | -0.37% |
| 10/16/03 | 0.31% |

# NYSE
Source: CRSP

| Date | Return |
|---|---|
| 10/17/03 | -0.86% |
| 10/20/03 | 0.29% |
| 10/21/03 | 0.13% |
| 10/22/03 | -1.26% |
| 10/23/03 | 0.33% |
| 10/24/03 | -0.25% |
| 10/27/03 | 0.29% |
| 10/28/03 | 1.21% |
| 10/29/03 | 0.29% |
| 10/30/03 | -0.07% |
| 10/31/03 | 0.32% |
| 11/3/03 | 0.62% |
| 11/4/03 | -0.34% |
| 11/5/03 | -0.11% |
| 11/6/03 | 0.48% |
| 11/7/03 | -0.23% |
| 11/10/03 | -0.51% |
| 11/11/03 | -0.10% |
| 11/12/03 | 1.12% |
| 11/13/03 | 0.13% |
| 11/14/03 | -0.48% |
| 11/17/03 | -0.61% |
| 11/18/03 | -0.61% |
| 11/19/03 | 0.65% |
| 11/20/03 | -0.69% |
| 11/21/03 | 0.09% |
| 11/24/03 | 1.30% |
| 11/25/03 | 0.46% |
| 11/26/03 | 0.46% |
| 11/28/03 | 0.07% |
| 12/1/03 | 1.01% |
| 12/2/03 | -0.17% |
| 12/3/03 | -0.10% |
| 12/4/03 | 0.20% |
| 12/5/03 | -0.47% |
| 12/8/03 | 0.70% |
| 12/9/03 | -0.62% |
| 12/10/03 | -0.35% |
| 12/11/03 | 1.10% |
| 12/12/03 | 0.35% |
| 12/15/03 | -0.51% |
| 12/16/03 | 0.56% |
| 12/17/03 | 0.22% |
| 12/18/03 | 1.06% |
| 12/19/03 | 0.01% |
| 12/22/03 | 0.43% |
| 12/23/03 | 0.22% |
| 12/24/03 | -0.07% |
| 12/26/03 | 0.19% |
| 12/29/03 | 1.18% |

# NYSE
Source: CRSP

| Date | Return |
|---|---|
| 12/30/03 | 0.08% |
| 12/31/03 | 0.09% |
| 1/2/04 | -0.16% |
| 1/5/04 | 1.03% |
| 1/6/04 | 0.11% |
| 1/7/04 | 0.08% |
| 1/8/04 | 0.36% |
| 1/9/04 | -0.66% |
| 1/12/04 | 0.35% |
| 1/13/04 | -0.38% |
| 1/14/04 | 0.74% |
| 1/15/04 | 0.16% |
| 1/16/04 | 0.50% |
| 1/20/04 | 0.20% |
| 1/21/04 | 0.80% |
| 1/22/04 | -0.09% |
| 1/23/04 | -0.21% |
| 1/26/04 | 0.95% |
| 1/27/04 | -0.63% |
| 1/28/04 | -1.33% |
| 1/29/04 | 0.31% |
| 1/30/04 | -0.05% |
| 2/2/04 | 0.41% |
| 2/3/04 | -0.01% |
| 2/4/04 | -0.61% |
| 2/5/04 | 0.21% |
| 2/6/04 | 1.26% |
| 2/9/04 | -0.01% |
| 2/10/04 | 0.56% |
| 2/11/04 | 1.10% |
| 2/12/04 | -0.38% |
| 2/13/04 | -0.43% |
| 2/17/04 | 0.90% |
| 2/18/04 | -0.51% |
| 2/19/04 | -0.30% |
| 2/20/04 | -0.34% |
| 2/23/04 | -0.23% |
| 2/24/04 | -0.11% |
| 2/25/04 | 0.42% |
| 2/26/04 | 0.26% |
| 2/27/04 | 0.23% |
| 3/1/04 | 0.94% |
| 3/2/04 | -0.50% |
| 3/3/04 | 0.23% |
| 3/4/04 | 0.31% |
| 3/5/04 | 0.45% |
| 3/8/04 | -0.53% |
| 3/9/04 | -0.66% |
| 3/10/04 | -1.51% |
| 3/11/04 | -1.49% |

# NYSE
Source: CRSP

| Date | Return |
|---|---|
| 3/12/04 | 1.09% |
| 3/15/04 | -1.38% |
| 3/16/04 | 0.52% |
| 3/17/04 | 1.14% |
| 3/18/04 | -0.02% |
| 3/19/04 | -0.90% |
| 3/22/04 | -1.36% |
| 3/23/04 | 0.01% |
| 3/24/04 | -0.52% |
| 3/25/04 | 1.35% |
| 3/26/04 | 0.10% |
| 3/29/04 | 1.24% |
| 3/30/04 | 0.55% |
| 3/31/04 | 0.11% |
| 4/1/04 | 0.57% |
| 4/2/04 | 0.55% |
| 4/5/04 | 0.55% |
| 4/6/04 | -0.19% |
| 4/7/04 | -0.43% |
| 4/8/04 | -0.27% |
| 4/12/04 | 0.34% |
| 4/13/04 | -1.44% |
| 4/14/04 | -0.34% |
| 4/15/04 | 0.27% |
| 4/16/04 | 0.70% |
| 4/19/04 | -0.02% |
| 4/20/04 | -1.42% |
| 4/21/04 | 0.47% |
| 4/22/04 | 1.35% |
| 4/23/04 | -0.25% |
| 4/26/04 | -0.24% |
| 4/27/04 | 0.20% |
| 4/28/04 | -1.43% |
| 4/29/04 | -0.73% |
| 4/30/04 | -0.34% |
| 5/3/04 | 0.84% |
| 5/4/04 | 0.29% |
| 5/5/04 | 0.22% |
| 5/6/04 | -0.80% |
| 5/7/04 | -1.74% |
| 5/10/04 | -1.44% |
| 5/11/04 | 0.78% |
| 5/12/04 | 0.21% |
| 5/13/04 | -0.10% |
| 5/14/04 | 0.12% |
| 5/17/04 | -0.99% |
| 5/18/04 | 0.69% |
| 5/19/04 | -0.14% |
| 5/20/04 | 0.07% |
| 5/21/04 | 0.36% |

# NYSE
Source: CRSP

| Date | Return |
|---|---|
| 5/24/04 | 0.32% |
| 5/25/04 | 1.51% |
| 5/26/04 | 0.18% |
| 5/27/04 | 0.60% |
| 5/28/04 | 0.00% |
| 6/1/04 | 0.12% |
| 6/2/04 | 0.39% |
| 6/3/04 | -0.71% |
| 6/4/04 | 0.52% |
| 6/7/04 | 1.43% |
| 6/8/04 | 0.03% |
| 6/9/04 | -0.94% |
| 6/10/04 | 0.33% |
| 6/14/04 | -1.00% |
| 6/15/04 | 0.65% |
| 6/16/04 | 0.15% |
| 6/17/04 | 0.13% |
| 6/18/04 | 0.24% |
| 6/21/04 | -0.31% |
| 6/22/04 | 0.23% |
| 6/23/04 | 0.77% |
| 6/24/04 | -0.18% |
| 6/25/04 | -0.46% |
| 6/28/04 | -0.13% |
| 6/29/04 | 0.14% |
| 6/30/04 | 0.52% |
| 7/1/04 | -0.84% |
| 7/2/04 | -0.11% |
| 7/6/04 | -0.58% |
| 7/7/04 | 0.22% |
| 7/8/04 | -0.76% |
| 7/9/04 | 0.27% |
| 7/12/04 | 0.13% |
| 7/13/04 | 0.12% |
| 7/14/04 | -0.12% |
| 7/15/04 | -0.39% |
| 7/16/04 | -0.21% |
| 7/19/04 | -0.07% |
| 7/20/04 | 0.50% |
| 7/21/04 | -1.26% |
| 7/22/04 | -0.08% |
| 7/23/04 | -0.76% |
| 7/26/04 | -0.45% |
| 7/27/04 | 0.90% |
| 7/28/04 | 0.11% |
| 7/29/04 | 0.52% |
| 7/30/04 | 0.10% |
| 8/2/04 | 0.39% |
| 8/3/04 | -0.41% |
| 8/4/04 | -0.23% |

# NYSE
Source: CRSP

| Date | Return |
| --- | --- |
| 8/5/04 | -1.54% |
| 8/6/04 | -1.27% |
| 8/9/04 | 0.04% |
| 8/10/04 | 1.19% |
| 8/11/04 | -0.08% |
| 8/12/04 | -1.05% |
| 8/13/04 | 0.18% |
| 8/16/04 | 1.39% |
| 8/17/04 | 0.20% |
| 8/18/04 | 1.11% |
| 8/19/04 | -0.24% |
| 8/20/04 | 0.77% |
| 8/23/04 | -0.44% |
| 8/24/04 | 0.09% |
| 8/25/04 | 0.68% |
| 8/26/04 | 0.06% |
| 8/27/04 | 0.25% |
| 8/30/04 | -0.68% |
| 8/31/04 | 0.61% |
| 9/1/04 | 0.26% |
| 9/2/04 | 1.01% |
| 9/3/04 | -0.16% |
| 9/7/04 | 0.74% |
| 9/8/04 | -0.46% |
| 9/9/04 | 0.15% |
| 9/10/04 | 0.31% |
| 9/13/04 | 0.19% |
| 9/14/04 | 0.17% |
| 9/15/04 | -0.55% |
| 9/16/04 | 0.42% |
| 9/17/04 | 0.34% |
| 9/20/04 | -0.55% |
| 9/21/04 | 0.77% |
| 9/22/04 | -1.17% |
| 9/23/04 | -0.44% |
| 9/24/04 | 0.28% |
| 9/27/04 | -0.59% |
| 9/28/04 | 0.69% |
| 9/29/04 | 0.28% |
| 9/30/04 | 0.11% |
| 10/1/04 | 1.26% |
| 10/4/04 | 0.33% |
| 10/5/04 | -0.10% |
| 10/6/04 | 0.66% |
| 10/7/04 | -0.99% |
| 10/8/04 | -0.47% |
| 10/11/04 | 0.10% |
| 10/12/04 | -0.25% |
| 10/13/04 | -0.85% |
| 10/14/04 | -0.79% |

# NYSE

Source: CRSP

| Date | Return |
|---|---|
| 10/15/04 | 0.48% |
| 10/18/04 | 0.24% |
| 10/19/04 | -0.91% |
| 10/20/04 | 0.10% |
| 10/21/04 | 0.28% |
| 10/22/04 | -0.67% |
| 10/25/04 | -0.01% |
| 10/26/04 | 1.44% |
| 10/27/04 | 1.03% |
| 10/28/04 | 0.08% |
| 10/29/04 | 0.30% |
| 11/1/04 | 0.03% |
| 11/2/04 | -0.07% |
| 11/3/04 | 1.23% |
| 11/4/04 | 1.54% |
| 11/5/04 | 0.29% |
| 11/8/04 | -0.16% |
| 11/9/04 | 0.02% |
| 11/10/04 | 0.18% |
| 11/11/04 | 0.79% |
| 11/12/04 | 0.83% |
| 11/15/04 | -0.07% |
| 11/16/04 | -0.56% |
| 11/17/04 | 0.51% |
| 11/18/04 | -0.03% |
| 11/19/04 | -0.85% |
| 11/22/04 | 0.60% |
| 11/23/04 | 0.12% |
| 11/24/04 | 0.42% |
| 11/26/04 | 0.23% |
| 11/29/04 | -0.34% |
| 11/30/04 | -0.30% |
| 12/1/04 | 1.27% |
| 12/2/04 | -0.26% |
| 12/3/04 | 0.11% |
| 12/6/04 | -0.20% |
| 12/7/04 | -1.04% |
| 12/8/04 | 0.39% |
| 12/9/04 | 0.48% |
| 12/10/04 | -0.03% |
| 12/13/04 | 0.83% |
| 12/14/04 | 0.41% |
| 12/15/04 | 0.44% |
| 12/16/04 | -0.22% |
| 12/17/04 | -0.44% |
| 12/20/04 | 0.01% |
| 12/21/04 | 0.85% |
| 12/22/04 | 0.37% |
| 12/23/04 | 0.09% |
| 12/27/04 | -0.42% |

# NYSE

Source: CRSP

| Date | Return |
|---|---|
| 12/28/04 | 0.74% |
| 12/29/04 | 0.07% |
| 12/30/04 | 0.07% |
| 12/31/04 | -0.10% |
| 1/3/05 | -0.99% |
| 1/4/05 | -1.09% |
| 1/5/05 | -0.57% |
| 1/6/05 | 0.46% |
| 1/7/05 | -0.26% |
| 1/10/05 | 0.43% |
| 1/11/05 | -0.58% |
| 1/12/05 | 0.37% |
| 1/13/05 | -0.60% |
| 1/14/05 | 0.57% |
| 1/18/05 | 0.93% |
| 1/19/05 | -0.73% |
| 1/20/05 | -0.61% |
| 1/21/05 | -0.43% |
| 1/24/05 | -0.31% |
| 1/25/05 | 0.21% |
| 1/26/05 | 0.49% |
| 1/27/05 | 0.07% |
| 1/28/05 | -0.22% |
| 1/31/05 | 0.86% |
| 2/1/05 | 0.78% |
| 2/2/05 | 0.40% |
| 2/3/05 | -0.13% |
| 2/4/05 | 1.01% |
| 2/7/05 | -0.10% |
| 2/8/05 | 0.09% |
| 2/9/05 | -0.71% |
| 2/10/05 | 0.54% |
| 2/11/05 | 0.69% |
| 2/14/05 | 0.07% |
| 2/15/05 | 0.26% |
| 2/16/05 | 0.14% |
| 2/17/05 | -0.60% |
| 2/18/05 | 0.06% |
| 2/22/05 | -1.37% |
| 2/23/05 | 0.58% |
| 2/24/05 | 0.71% |
| 2/25/05 | 1.06% |
| 2/28/05 | -0.55% |
| 3/1/05 | 0.45% |
| 3/2/05 | 0.07% |
| 3/3/05 | 0.15% |
| 3/4/05 | 1.05% |
| 3/7/05 | 0.08% |
| 3/8/05 | -0.35% |
| 3/9/05 | -1.04% |

# NYSE
Source: CRSP

| Date | Return |
|---|---|
| 3/10/05 | 0.00% |
| 3/11/05 | -0.43% |
| 3/14/05 | 0.60% |
| 3/15/05 | -0.60% |
| 3/16/05 | -0.73% |
| 3/17/05 | 0.29% |
| 3/18/05 | -0.09% |
| 3/21/05 | -0.54% |
| 3/22/05 | -0.87% |
| 3/23/05 | -0.33% |
| 3/24/05 | 0.03% |
| 3/28/05 | 0.09% |
| 3/29/05 | -0.78% |
| 3/30/05 | 1.24% |
| 3/31/05 | 0.23% |
| 4/1/05 | -0.51% |
| 4/4/05 | 0.18% |
| 4/5/05 | 0.37% |
| 4/6/05 | 0.32% |
| 4/7/05 | 0.42% |
| 4/8/05 | -0.82% |
| 4/11/05 | -0.01% |
| 4/12/05 | 0.46% |
| 4/13/05 | -1.10% |
| 4/14/05 | -1.04% |
| 4/15/05 | -1.49% |
| 4/18/05 | 0.32% |
| 4/19/05 | 0.76% |
| 4/20/05 | -1.34% |
| 4/21/05 | 1.63% |
| 4/22/05 | -0.54% |
| 4/25/05 | 0.88% |
| 4/26/05 | -0.79% |
| 4/27/05 | 0.19% |
| 4/28/05 | -1.10% |
| 4/29/05 | 1.03% |
| 5/2/05 | 0.56% |
| 5/3/05 | -0.19% |
| 5/4/05 | 1.28% |
| 5/5/05 | -0.16% |
| 5/6/05 | -0.08% |
| 5/9/05 | 0.65% |
| 5/10/05 | -1.01% |
| 5/11/05 | 0.30% |
| 5/12/05 | -1.21% |
| 5/13/05 | -0.79% |
| 5/16/05 | 0.98% |
| 5/17/05 | 0.71% |
| 5/18/05 | 1.10% |
| 5/19/05 | 0.46% |

# NYSE

Source: CRSP

| Date | Return |
|---|---|
| 5/20/05 | -0.21% |
| 5/23/05 | 0.44% |
| 5/24/05 | 0.00% |
| 5/25/05 | -0.40% |
| 5/26/05 | 0.61% |
| 5/27/05 | 0.29% |
| 5/31/05 | -0.44% |
| 6/1/05 | 0.88% |
| 6/2/05 | 0.16% |
| 6/3/05 | -0.43% |
| 6/6/05 | 0.16% |
| 6/7/05 | 0.11% |
| 6/8/05 | -0.20% |
| 6/9/05 | 0.51% |
| 6/10/05 | -0.02% |
| 6/13/05 | 0.26% |
| 6/14/05 | 0.38% |
| 6/15/05 | 0.29% |
| 6/16/05 | 0.47% |
| 6/17/05 | 0.48% |
| 6/20/05 | -0.08% |
| 6/21/05 | -0.26% |
| 6/22/05 | 0.12% |
| 6/23/05 | -0.98% |
| 6/24/05 | -0.62% |
| 6/27/05 | 0.04% |
| 6/28/05 | 0.91% |
| 6/29/05 | -0.04% |
| 6/30/05 | -0.59% |