

# Exhibits to Professor Zender's Testimony

3500-JZ-000338

# DHB's Stock Price Increased 276% ($16.54) from March 2004 to December 2004
# DHB's Stock Price Decreased 71% ($15.89) from December 2004 to April 2005



Note:  Stock price data obtained from *Bloomberg*.

3500-JZ-000339

# Days with Significant Price Changes Between March 2004 and December 2004

| Event Number | Date[1] | Price | Residual Return[2] | | Relevant News |
|---|---|---|---|---|---|
| 1 | 3/16/04 | $5.60 | -7.73% | * | Fourth Quarter Revenues Increase 124% to a Record $72.9 Million (3/15/04, 4:23 pm) |
| 2 | 3/23/04 | $6.01 | 9.20% | ** | Twelve Months Cash Flow from Operations Turns Positive for DHB reports CashFlowNews.com |
| 3 | 3/24/04 | $6.54 | 9.07% | ** | Awarded $77 Million DOD Contract |
| 4 | 4/7/04 | $8.70 | 13.03% | ** | |
| 5 | 4/8/04 | $9.74 | 12.73% | ** | |
| 6 | 4/19/04 | $9.79 | 9.70% | ** | Opens New Manufacturing Facility, Florida Plant Now Fully Operational |
| 7 | 6/9/04 | $12.54 | 35.82% | ** | Announces $239.4 Million Contract, Company's Backlog Swells to a Record $415 Million (6/8/04, 3:26 pm) |
| 8 | 6/14/04 | $13.46 | 7.65% | * | |
| 9 | 6/28/04 | $15.84 | 7.03% | * | Bulletproof vest maker outruns its fundamentals; DHB shares soar on huge army contract |
| 10 | 7/14/04 | $15.73 | 8.59% | * | DHB Industries Announces $37 Million in New Orders |
| 11 | 8/2/04 | $17.05 | 9.75% | ** | DHB Industries Announces Second Quarter Earnings Date |
| 12 | 8/6/04 | $13.50 | -15.48% | ** | DHB Industries Announces Record 2nd Quarter Revenue of $86 Million (8/5/04, 4:00 pm) |
| 13 | 9/24/04 | $13.51 | 19.00% | ** | Roth Capital Initiates Coverage with Strong Buy |
| 14 | 11/4/04 | $15.74 | 10.71% | ** | DHB Industries Receives $24.6 Million Order |
| 15 | 11/15/04 | $18.65 | 14.95% | ** | Schaeffer's Investment Research favorably commented on DHB's stock |
| 16 | 12/23/04 | $22.53 | 19.91% | ** | Selected by U.S. Army for Prestigious Contract - Backlog Exceeds Half-Billion Dollars |

Source:  Analyst Reports; *Bloomberg*; CRSP; Factiva; SEC Filings
Note:  1.  If the news occurred after market close on a certain day, the return for the next trading day is shown.
       2.  Residual significant at: *95% confidence, **99% confidence.

3

# Days with Significant Price Changes
## New Orders, Facilities, and Positive Analyst Comments

| Event Number | Date[1] | Price | Residual Return[2] | | Price Change[3] | Relevant News[4] |
|---|---|---|---|---|---|---|
| *New Orders/Contracts* | | | | | | |
| 3 | 3/24/04 | $6.54 | 9.07% | ** | $0.55 | Awarded $77 Million DOD Contract (*PR Newswire*) |
| 7 | 6/9/04 | $12.54 | 35.82% | ** | $3.33 | Announces $239.4 Million Contract, Company's Backlog Swells to a Record $415 Million (*PR Newswire*, 6/8/04, 3:26 pm) |
| 10 | 7/14/04 | $15.73 | 8.59% | * | $1.25 | DHB Industries Announces $37 Million in New Orders (*PR Newswire*) |
| 14 | 11/4/04 | $15.74 | 10.71% | ** | $1.50 | DHB Industries Receives $24.6 Million Order (*PR Newswire*) |
| 16 | 12/23/04 | $22.53 | 19.91% | ** | $3.70 | Selected by U.S. Army for Prestigious Contract – Backlog Exceeds Half-Billion Dollars (*PR Newswire*) |
| *New Manufacturing Facilities* | | | | | | |
| 6 | 4/19/04 | $9.79 | 9.70% | ** | $0.85 | Opens New Manufacturing Facility, Florida Plant Now Fully Operational (*PR Newswire*) |
| *Positive Analyst and News Comments on DHB's Business* | | | | | | |
| 2 | 3/23/04 | $6.01 | 9.20% | ** | $0.50 | Twelve Months Cash Flow from Operations Turns Positive for DHB Reports CashFlowNews.com (*Market News Publishing*) |
| 9 | 6/28/04 | $15.84 | 7.03% | * | $1.05 | Bulletproof Vest Maker Outruns its Fundamentals; DHB Shares Soar on Huge Army Contract (*Crain's New York Business*) |
| 13 | 9/24/04 | $13.51 | 19.00% | ** | $2.13 | Roth Capital Initiates Coverage with Strong Buy (*Bloomberg News*) |
| 15 | 11/15/04 | $18.65 | 14.95% | ** | $2.42 | Schaeffer's Investment Research Favorably Commented on DHB's Stock (*Business Wire*) |
| | **Sum of Price Changes** | | | | **$17.29** | |

Source:  Analyst Reports; Factiva; *Bloomberg*; *CRSP*; SEC Filings

Note:  1.  If the news occurred after market close on a certain day, the return for the next trading day is shown.
       2.  Residual significant at: *95% confidence, **99% confidence.
       3.  Calculated as the residual return multiplied by the prior trading day's closing price.
       4.  News reflects headlines and events found in the public press or company filings.

4

# Event 7:  June 9, 2004



**DHB Industries Stock Price**
1/1/04 – 12/31/04

Source: *Bloomberg*

## Event Day Stock Data

| Date | Closing Price | Volume | Return | Residual Return |
|---|---|---|---|---|
| 6/7/04 | $9.11 | 395,800 | -0.55% | -3.69% |
| 6/8/04 | $9.30 | 697,600 | 2.09% | 2.01% |
| **6/9/04** | **$12.54** | **7,172,200** | **34.84%** | **35.82%**** |
| 6/10/04 | $12.75 | 3,332,500 | 1.67% | 1.89% |
| 6/14/04 | $13.46 | 2,722,000 | 5.57% | 7.65%* |

Source:  CRSP; *Bloomberg*; Analyst Reports; SEC Filings



Price

DHB Industries Announces $239.4 Million Contract.  Award is the Largest Contract for Armor Ever Issued in the History of Body Armor—Company's Backlog Swells to a Record $415 Million (3:26 PM)

Trading halted from 9:41 AM until 4:00 PM

DHB Industries Surges After Winning Contract: U.S. After-hours (7:17 PM)

Company Announces Huge Unanticipated New Product Order Totaling $240 Million (no time)

DHB:  Major New Contract Awarded. Price Target Raised (no time)

6/8/04        6/9/04        6/10/04

5

# Event 10:  July 14, 2004



**DHB Industries Stock Price**
1/1/04 – 12/31/04

Source: *Bloomberg*

### Event Day Stock Data

| Date | Closing Price | Volume | Return | Residual Return |
|---|---|---|---|---|
| 7/12/04 | $14.50 | 1,002,100 | -0.07% | 0.13% |
| 7/13/04 | $14.57 | 418,500 | 0.48% | 0.15% |
| **7/14/04** | **$15.73** | **2,589,500** | **7.96%** | **8.59%*** |
| 7/15/04 | $15.22 | 1,469,400 | -3.24% | -3.10% |
| 7/16/04 | $15.12 | 907,700 | -0.66% | -1.06% |

Source:  CRSP; *Bloomberg*; Analyst Reports; SEC Filings



DHB Industries Announces $37 Million in New Orders (10:37 AM)

7/13/04      7/14/04      7/15/04

6

3500-JZ-000343

# Event 6:  April 19, 2004

## DHB Industries Stock Price
### 1/1/04 – 12/31/04



Source: *Bloomberg*

## Event Day Stock Data

| Date | Closing Price | Volume | Return | Residual Return |
|---|---|---|---|---|
| 4/15/04 | $8.60 | 644,500 | -2.16% | -2.51% |
| 4/16/04 | $8.79 | 801,900 | 2.21% | 1.84% |
| **4/19/04** | **$9.79** | **1,872,600** | **11.38%** | **9.70% \*\*** |
| 4/20/04 | $9.28 | 2,132,100 | -5.21% | -3.51% |
| 4/21/04 | $9.63 | 850,400 | 3.77% | 2.76% |

Source:  CRSP; *Bloomberg*; Analyst Reports; SEC Filings



DHB Industries Opens New Manufacturing Facility 104,000 Sq. Ft. Pompano Beach, Florida Plant Now Fully Operational (11:19 AM)

DHB Industries Announces Resolution of All Disputes with UNITE Union—All Litigation Between Both Parties Will be Withdrawn Immediately (11:24 AM)

7

3500-JZ-000344

# Event 13:  September 24, 2004



## DHB Industries Stock Price
### 1/1/04 – 12/31/04

Source: *Bloomberg*

### Event Day Stock Data

| Date | Closing Price | Volume | Return | Residual Return |
|------|------|------|------|------|
| 9/22/04 | $11.35 | 577,800 | -2.83% | -1.70% |
| 9/23/04 | $11.23 | 805,200 | -1.06% | -1.12% |
| **9/24/04** | **$13.51** | **3,672,100** | **20.30%** | **19.00%** |
| 9/27/04 | $14.40 | 3,869,800 | 6.59% | 6.65% |
| 9/28/04 | $13.90 | 1,997,000 | -3.47% | -4.52% |

Source:  CRSP; *Bloomberg*; Analyst Reports; SEC Filings



Price

Roth Capital: Saving Lives One Stitch at a Time (no time)

DHB Industries Initiated With a Strong Buy Target Price $19@RCAP (8:32 AM)

BUSINESS BRIEFS: Armor Firms Surge on New Report (no time)

9/23/04   9/24/04   9/27/04

8

# Price Reactions to All Announcements of New Orders
## March 2004 – December 2004

| Date[1] | Price | Residual Return[2] | | Price Change[3] | Relevant News[4] |
|---|---|---|---|---|---|
| 3/24/04 | $6.54 | 9.07% | ** | $0.55 | DHB Industries Awarded $77 Million DOD Contract – Award Is the Largest Contract for Body Armor Ever Issued by the Department of Defense (*PR Newswire*) |
| 4/1/04 | $7.94 | 5.61% | | $0.41 | DHB Industries Announces $12 Million in New Orders Company Reports Current Backlog of Firm Orders Stands at a Record $203 Million (*PR Newswire*) |
| 4/29/04 | $9.48 | -4.12% | | -$0.41 | DHB Industries Announces Record $215+ Million Backlog - Company Announces $25 Million in New Orders Received Within The Past Week (*PR Newswire*) |
| 6/9/04[5] | $12.54 | 35.82% | ** | $3.33 | DHB Industries Announces $239.4 Million Contract; Award is the Largest Contract for Armor Ever Issued in the History of Body Armor (*PR* Newswire, 6/8/04, 3:26pm) |
| 7/14/04 | $15.73 | 8.59% | * | $1.25 | DHB Industries Announces $37 Million in New Orders (*PR Newswire*) |
| 10/5/04 | $14.89 | 2.22% | | $0.32 | DHB Industries Announces $35+ Million in New Orders (*PR Newswire*) |
| 10/29/04 | $13.82 | 1.80% | | $0.24 | DHB Industries Announces $19 Million in New Orders (*PR Newswire*) |
| 11/4/04 | $15.74 | 10.71% | ** | $1.50 | DHB Industries Receives $24.6 Million Order (*PR Newswire*) |
| 12/23/04 | $22.53 | 19.91% | ** | $3.70 | U.S. Army Selects DHB Industries for Prestigious Contract; Contract Awarded Exclusively to Point Blank Body Armor.  Company Backlog Soars; Now Exceeds Unprecedented Half-Billion Dollars (*PR Newswire*) |
| | | | | | DHB Industries Awarded Contract With City of Baltimore (*PR Newswire*) |
| **Average Res. Return** | | **9.96%** | ** | **$10.91** | |

Source:  Analyst Reports; Factiva; *Bloomberg*; *CRSP*; SEC Filings

Note:  1.  If the news occurred after market close on a certain day, the return for the next trading day is shown.
   2.  Residual significant at: *95% confidence, **99% confidence.
   3.  Calculated as the residual return multiplied by the prior trading day's closing price.
   4.  News reflects headlines and events found in the public press or company filings.
   5.  Trading was halted on 6/8/04 before the announcement of the contract.

9

# Price Reactions to Earnings-Related Announcements March 2004 – December 2004

| Date[1] | Price | Residual Return[2] | | Price Change[3] | Relevant News[4] |
|---|---|---|---|---|---|
| *Fourth Quarter 2003* | | | | | |
| 3/10/04 † | $5.66 | -0.76% | | -$0.04 | DHB Industries Announces Fourth Quarter Earnings Date (*PR Newswire*) |
| 3/16/04 | $5.60 | -7.73% | * | -$0.47 | DHB Industries Fourth Quarter Revenues Increase 124% to a Record $72.9 Million – Fourth Quarter Operating Income Soars 127% (*PR Newswire*, 3/15/04, 4:23 pm) |
| *First Quarter 2004* | | | | | |
| 5/4/04 † | $9.43 | 2.10% | | $0.19 | DHB Industries Announces First Quarter Earnings Date (*PR Newswire*) |
| 5/7/04 | $9.36 | -4.48% | | -$0.45 | DHB Industries Announces Record 1st Quarter Revenue of $74.4 Million and Record Earnings of $0.14 Per Share (*PR Newswire*, 5/6/04, 4:00 pm) |
| *Second Quarter 2004* | | | | | |
| 8/2/04 † | $17.05 | 9.75% | ** | $1.48 | DHB Industries Announces Second Quarter Earnings Date (*PR Newswire*) |
| 8/6/04 | $13.50 | -15.48% | ** | -$2.55 | DHB Industries Announces Record 2nd Quarter Revenue of $86 Million and Record Earnings of $0.17 Per Share (*PR Newswire*, 8/5/04, 4:00 pm) |
| *Third Quarter 2004* | | | | | |
| 11/3/04 † | $14.05 | 1.47% | | $0.20 | DHB Industries Announces Third Quarter Earnings Date (*PR Newswire*) |
| 11/10/04 | $15.26 | -6.36% | | -$1.03 | DHB Industries Achieves Record Third Quarter Results; Company Ups Guidance for Full-Year 2004 Revenue to Exceed $330 Million (*PR Newswire*, 11/9/04, 4:00 pm) |
| **Average Residual Return** | | **-2.69%** | * | **-$2.67** | |

Source:  Analyst Reports; Factiva; *Bloomberg*; *CRSP*; SEC Filings

Note: 1.  † Indicates announcement of earnings date.  If the news occurred after market close on a certain day, the return for the next trading day is shown.
  2.  Residual significant at: *95% confidence, **99% confidence.
  3.  Calculated as the residual return multiplied by the prior trading day's closing price.
  4.  News reflects headlines and events found in the public press or company filings.

10

# Rapid Growth in Sales and Earnings Due to New Contracts



"The Company… is experiencing rapid growth in sales and earnings…Sales of body armor to domestic law enforcement agencies and international entities are growing rapidly, as well. Sales and earnings have grown rapidly since 9/11 2001….

During the first quarter, DHB announced that it had received a record $77 million order on top of a $60 million purchase order, received last November, from the Department of Defense for the Interceptor body armor. Demand for armor products continued at a high level and DHB has shipped more than 600,000 of the Interceptor Outer Tactical Vest (OTV) for U.S. military use. Besides the strong demand from the military, the company indicated that orders for body armor by domestic law enforcement agencies also increased sharply over the prior year."

Feltl and Company, 5/10/04

11

# Rapid Growth in Sales and Earnings Due to New Contracts, cont'd.



"The company's backlog now is at an all-time record $415 million, up from $215 million one month ago. We expect further awards of body armor contracts in coming months."

Feltl and Company, 6/10/04

# Rapid Growth in Sales and Earnings Due to New Contracts, cont'd.



"…The Company has announced approximately $80 million in various new orders in recent weeks. All of these orders have been for non-Interceptor products. This is significant, in our view, because it shows that DHB has the ability to diversify its product mix beyond simply supplying the military with the Interceptor systems….

We believe DHB will continue to generate strong sales and earnings results in FY05, with the strong backlog and potential for more significant contracts fueling our optimism….

Visibility continues to improve as the Company wins orders from various customers and for a variety of products. We continue to believe there are significant near-term opportunities for large military contracts…."

Miller Johnson Steichen Kinnard, 11/10/04

13

3500-JZ-000350

# Positive Industry Trends



"Overall, DHB's business continues to perform well in all markets, driven by both increasing industry demand and DHB's ability to introduce new forms of life-saving products...."

Miller Johnson Steichen Kinnard, 11/10/04

14

# Praise for DHB's Fundamentals



 

"DHB is more than a 'cut-and-sew' operation. Their success, as demonstrated by the company's financials and supported by numerous letters of appreciation, we believe is based on its investment in R&D, listening to customers and users in the field, and precise execution on the cutting floor…."

Roth Capital, 9/24/04

15

# Announcements of Relationship with Tactical Armor Products (TAP)/Compensation

| Date | Price | Return | Relevant Events |
|------|-------|--------|-----------------|
| 6/12/03 | $3.73 | -7.44% | A complaint letter filed today against DHB Industries with the SEC alleges DHB continued to violate federal securities regulations requiring disclosure of material information.  The complaint alleges that DHB executives failed to disclose to investors that they had established a private company operating inside the publicly traded DHB.  (*Bloomberg*) |
| 6/17/03 | $3.68 | 0.00% | David Brooks responds to complaint allegations and states that disclosures about related-party transactions were made in the past and the company will include any required information in the next proxy statement.  (*Bloomberg*) |
| 7/24/03 | $4.44 | 1.37% | DHB filed an amended Form 10-K for the year 2002 disclosing DHB's relationship with TAP for the first time.  (DHB Form 10-K/A) |
| 8/28/03 | $3.99 | -7.21% | DHB filed an 8-K stating, among other things, that Grant Thornton had indentified deficiencies related to the disclosure of certain related party transactions in 2002.  (DHB Form 8-K, 8/27/03, 5:21 pm) |
| 3/17/04 | $5.60 | 0.00% | DHB filed a 10-K for the year 2003 that disclosed DHB's relationship with TAP.  (DHB Form 10-K, 3/16/04, 5:26 pm)<br><br>"DHB Says SEC Investigating Transactions with CEO's Affiliates." (*Bloomberg*, 3/16/04, 7:09 pm) |
| 11/26/04 | $20.46 | 1.79% | DHB filed a proxy statement with the SEC containing a disclosure regarding executive compensation.  (DHB DEF 14A, 11/24/04, 4:30 pm) |

Source:  Factiva;  *Bloomberg*;  *CRSP*;  Superseding Indictment dated July 9, 2009

16

# Analysts' Comments Regarding DHB's Relation with TAP



"The report also cited the related party transactions between DHB and TAP, an entity owned by the wife of DHB Chairman David Brooks. We note that the report did indicate that the level of TAP business had declined sharply from 2003. While related party transactions are always a concern, this issue was well known and previously disclosed."

Feltl and Company, 10/12/04

17

3500-JZ-000354

# Analysts' Comments Regarding Executive Compensation



"The final issue that was discussed is the investigation by the SEC that initially focused on related party transactions between DHB and affiliates of Brooks. According to the latest 10Q, the SEC investigation has been expanded to include matters related to treatment of executive compensation….The issues raised in the above report are well known to DHB investors, in our opinion. Though related party transactions, and especially the SEC investigation, create uncertainties for investors, we think the stock price reflects those unknowns…."

Feltl and Company, 10/12/04

18

# Days with Significant Price Changes
# December 2004 – April 2005

| Date[1] | Price | Residual Return[2] | | Relevant News[3] |
|---|---|---|---|---|
| 12/27/04 | $19.90 | -10.88% | ** | |
| 1/11/05 | $14.85 | -7.24% | * | The chairman and other top executives at DHB Industries sold more than $200 million worth of DHB stock in the final weeks of 2004.  (*Newsday*) |
| 3/1/05 | $12.30 | -13.66% | ** | DHB Options volume aggressive on share price sell off<br>DHB is down 1.92 to 12.27 on possibly losing a body armor contract.  (*Bloomberg*) |
| 3/4/05 | $11.04 | -11.67% | ** | |
| 3/7/05 | $12.23 | 10.96% | ** | DHB Industries Announces Fourth Quarter and Year-End Date  (*PR Newswire*) |
| 3/17/05 | $10.37 | -13.09% | ** | DHB Industries Posts Record Fourth Quarter Results; Fourth Quarter EPS Increases 200% to Record $0.18 and Fourth Quarter Revenues Climb 24% to Record $90.2 Million (*PR Newswire*, 3/16/05, 4:05 pm) |
| 4/6/05 | $9.63 | 15.13% | ** | ManageSource Research, Inc. releases a wholly independent research report on DHB Industries with a Strong Buy rating.  (*Market Wire*) |

Source:  Analyst Reports; Factiva; *Bloomberg*; *CRSP*; SEC Filings

Note:  1.  If the news occurred after market close on a certain day, the return for the next trading day is shown.
2.  Residual significant at: *95% confidence, **99% confidence.
3.  News reflects headlines and events found in the public press or company fillings.

19

3500-JZ-000356