# VERDICT FORM

## United States v. Brooks and Hatfield, 06-550 (JS)

Count 1 - Conspiracy to Commit Securities Fraud - David Brooks

Verdict

__✓__ Guilty          _____ Not Guilty

Count 1 - Conspiracy to Commit Securities Fraud - Sandra Hatfield

Verdict

__✓__ Guilty          _____ Not Guilty

Count 2 - Securities Fraud - David Brooks

Verdict

__✓__ Guilty          _____ Not Guilty

Count 2 - Securities Fraud - Sandra Hatfield

Verdict

__✓__ Guilty          _____ Not Guilty

Count 3 - Conspiracy to Commit Mail and Wire Fraud - David Brooks

Verdict

__✓__ Guilty          _____ Not Guilty

Count 3 - Conspiracy to Commit Mail and Wire Fraud - Sandra Hatfield

Verdict

__✓__ Guilty          _____ Not Guilty

1

**Count 4 - Mail Fraud -- David Brooks**

Verdict

✓ Guilty          ____ Not Guilty

**Count 4 - Mail Fraud - Sandra Hatfield**

Verdict

____ Guilty          ✓ Not Guilty

**Count 5 - Wire Fraud - David Brooks**

Verdict

✓ Guilty          ____ Not Guilty

**Count 5 - Wire Fraud - Sandra Hatfield**

Verdict

____ Guilty          ✓ Not Guilty

**Count 6 - Insider Trading - David Brooks**

Verdict

✓ Guilty          ____ Not Guilty

**Count 7 - Insider Trading - David Brooks**

Verdict

✓ Guilty          ____ Not Guilty

**Count 8 - Insider Trading - David Brooks**

Verdict

✓ Guilty          ____ Not Guilty

**Count 9 - Insider Trading - David Brooks**

Verdict

✓ Guilty          _____ Not Guilty

**Count 10 - Insider Trading - David Brooks**

Verdict

✓ Guilty          _____ Not Guilty

**Count 11 - Insider Trading - David Brooks**

Verdict

✓ Guilty          _____ Not Guilty

**Count 12 - Insider Trading - Sandra Hatfield**

Verdict

✓ Guilty          _____ Not Guilty

**Count 13 - Insider Trading - Sandra Hatfield**

Verdict

✓ Guilty          _____ Not Guilty

**Count 14 - Insider Trading - Sandra Hatfield**

Verdict

✓ Guilty          _____ Not Guilty

**Count 15 - Conspiracy to Obstruct Justice - David Brooks**

Verdict

✓ Guilty          _____ Not Guilty

**Count 15 - Conspiracy to Obstruct Justice - Sandra Hatfield**

Verdict

✓ Guilty          _____ Not Guilty

**Count 16 - Obstruction of Justice - David Brooks**

Verdict

✓ Guilty      _____ Not Guilty

**Count 16 - Obstruction of Justice - Sandra Hatfield**

Verdict

✓ Guilty      _____ Not Guilty

**Count 17 - Material Misstatements to Auditors - David Brooks**

Verdict

✓ Guilty      _____ Not Guilty

Dated: Central Islip, New York

_____
FOREPERSON

4