# Brooks - Outstanding Invoices
As of 9/22/10

| Company | Amount | Notes |
|---|---|---|
| Jaime F. Zender Consulting | $ 23,629.95 | |
| Cornerstone Research | $ 281,954.80 | |
| The Tax Institute (B. Brennan) | $ 17,500.00 | As of August 3, 2010 |
| Watkins Meegan | $ 13,262.42 | As of September 20, 2010 |
| MLGW (P. Marx) | $ 31,990.00 | |
| Magna Legal Services | $ 3,066.58 | |
| FTI Consulting, Inc. | $ 111,876.22 | |
| Ernest J. Agresto, CPA | $ 1,500.00 | Rebuttal-government contract expert |
| Jauquet & Co. | $ 4,200.00 | Long Island appraiser |
| Citrin Cooperman & Co. | $ 42,437.50 | |
| CRA Charles River Associates | $ 348,795.59 | Total due excluding retainer |
| Dickstein Shapiro, LLP | $ 275,249.15 | |
| Richard Levitt | $ 265,000.00 | |
| Professor James | $ 25,000.00 | Forfeiture hearing retainer |
| Legal Errands, Inc. | $ 200.00 | |
| James Jacobs | $ 2,800.00 | |
| Blank Rome LLP | $ 500,000.00 | |
| PJL Reporting, Inc. | $ 21,508.76 | |
| **Total** | **$ 1,969,970.97** | |