

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:KAN:JHK

*610 Federal Plaza, 5th Floor*

*Central Islip, New York  11722*

September 24, 2010

**VIA ELECTRONIC FILING**

Kenneth W. Ravenell, Esq.
The Murphy Firm
One South Street, 23rd Floor
Baltimore, Maryland 21202

    Re:  United States v. Brooks
         Criminal Action No. 06 CR 0550 (Seybert, J.)

Dear Mr. Ravenell:

    The undersigned Assistant United States Attorneys represent the United States as to forfeiture issues in the above prosecution against defendant David Brooks ("Brooks").

    Per Brooks' request, below is a list of accounts restrained at several financial institutions pursuant to the Court's <u>ex parte</u> post-indictment restraining orders, issued in October 2007 and January 2008, and the balances in the respective accounts at the time of restraint.

<u>October 2007</u>

<u>Goldman Sachs</u>
| | | |
|---|---|---|
| True Grit Holdings | XXX-X2471-1 | $94,875,721.91 |
| David Brooks International | XXX-X4665-9 | $828,441.95 |
| Pathfinder Trust | XXX-X8875-9 | $56,894.28 |

<u>Lantern Investments</u>
| | | |
|---|---|---|
| Andrew Brooks IRA | XXX-X8262-14 | $803,061.48 |
| Victoria Brooks IRA | XXX-X5004-13 | $1,976,778.98 |

<u>Jeffries & Company</u>
| | | |
|---|---|---|
| Perfect World Partners | XXX-X0046 | $9,740,625.02 |

-2-

```
Wildfire Holdings                 XXX-X0057           $4,345,000.00

Scott Trade, Inc.
David Brooks                      XXX4110             $2,183,385.96

Laidlaw & Company
David Brooks International        XXX74099            $6,103,498.12
David Brooks IRA                  XXX95065              $423,817.20
Brooks Industries of LI
     Profit Sharing               XXX78716            $7,817,153.25
Brooks Industries of LI           XXX92092            $9,314,854.00
Victoria Brooks                   XXX03865                    $0.00

Washington Mutual
Vianel Industries                 XXXX-612551-0         $133,030.89
Terry Brooks                      XXXX-213248-9          $75,603.02
David Brooks International        XXXX-603518-4          $29,977.73
VAE Enterprises, LLC              XXX-612557-8           $90,850.31
```

January 2008

Lantern Investments
```
Victoria Brooks                   XXX-X1378           $13,712,761.61
Andrew Brooks                     XXX-X1644            $6,303,852.81
```

                                                Very truly yours,

                                                LORETTA E. LYNCH
                                                United States Attorney

By:   s/ James H. Knapp
      James H. Knapp
      Kathleen A. Nandan
      Assistant U.S. Attorneys
      (631) 715-7879

cc:  **VIA ECF**
    Honorable Joanna Seybert
    United States District Judge