UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – –x

UNITED STATES OF AMERICA,

      v.                              Case No. 2:06-CR-0550 (S-2)

SANDRA HATFIELD
     and                            (Seybert, J.)
DAVID H. BROOKS,

       Defendants.

– – – – – – – – – – – – – – – – – – – –·x

## <u>NOTICE OF ATTORNEY'S CHARGING LIEN</u>

**To:**   **All Interested Parties**

     **PLEASE TAKE NOTICE** that, pursuant to the provisions of Section 475 of the New York State Judiciary Law, The Law Office of George Stavropoulos, PLLC, claims an attorney's charging lien upon all property of David H. Brooks (hereinafter "Brooks") and upon all of the monies, properties, choses in action, claims and demands in suit, and upon any property which may be awarded to Brooks in this matter and to any money due to him in the custody or control of another party. As grounds therefore, the undersigned states as follows:

1:     That George Stavropoulos, Esq., 120 Bay Ridge Avenue, Suite 210, Brooklyn, New York 11220, Phone (718) 797-1212,    Facsimile (718) 797-4415 (hereinafter

"Stavropoulos ") was retained by Brooks to represent him in the above-captioned case.

2:      That as of April 14, 2013, Brooks is indebted to The Law Office of George Stavropoulos, PLLC in the sum of Seventy Five Thousand Dollars ($75,000) for fees and costs incurred pursuant to the attorney/client fee agreement by and between Stavropoulos with Brooks. Brooks has failed to pay any part of this debt despite repeated requests since July 2012.

3:      The filing of this lien on said amount is not intended to constitute a waiver of any fees owing in excess of said amount.

4:      That by this notice, The Law Office of George Stavropoulos, PLLC, hereby claims a statutory attorney's charging lien, as of April 14, 2013, in the amount of Seventy Five Thousand Dollars ($75,000). *See e.g.* Itar-Tass Russian News Agency v. Russian Kurier, Inc., 140 F.3d 442 (2d Cir. 1998).

5:      This Notice is directed to the Clerk of the United States District Court for the Eastern District of New York, who shall note the same upon the Docket and file a copy of said Notice in this cause.

I affirm, under the penalties for perjury, that the foregoing statements are true and correct to the best of my knowledge.

Respectfully Submitted,

By: _____

George Stavropoulos (GS4100)
The Law Office of
George Stavropoulos, PLLC
120 Bay Ridge Avenue, Suite 210
Brooklyn, New York 11220
Phone (718) 797-1212
Facsimile (718) 797-4415

---

## Certificate of Service

I hereby certify that on the 14th day of April, 2013, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all registered CM/ECF users in this case.

I also hereby certify that a true copy of this pleading has been mailed, first class postage prepaid, to the following non-ECF party:

> MDC Brooklyn
> Attn: Inmate David H. Brooks
> Reg. No. 72066-053
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, New York 11232

George Stavropoulos (GS4100)
The Law Office of
George Stavropoulos, PLLC
120 Bay Ridge Avenue, Suite 210
Brooklyn, New York 11220
Phone (718) 797-1212
Facsimile (718) 797-4415