# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | SUBPOENA IN A CRIMINAL CASE |
| v. | CR. NO. 06-550 |
| DAVID H. BROOKS, ET Al | |

TO:   Point Blank Enterprises, Inc.

2102 SW 2nd Street

Pompano Beach, FL 33069

YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the Court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the Court or by an officer acting on behalf of the Court.

| Place   NOT APPLICABLE | Courtroom |
|---|---|
| | Date and Time |

YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attachment

| Place | Courtroom |
|---|---|
| McKenna Long & Aldridge LLP<br>1900 K Street, N.W.<br>Washington, D.C. 20006 | Date and Time: July 1, 2013<br>10:00 a.m. |

| ~~U.S. Magistrate Judge or~~ Clerk of Court | DATE |
|---|---|
| Douglas C. Palmer | 6/20/2013 |
| (BY) Deputy Clerk<br>*[signature]* | |

Attorney's Name, Address and Phone Number
George Kostolampros
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7526

*[signature]* 6/20/13

AO 89 - Subpoena in a Criminal Case

**SO ORDERED**

A. Kathleen Tomlinson
United States Magistrate Judge
Date: June 20, 20 13
Central Islip, N.Y.

# PROOF OF SERVICE

| | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE | |
| SERVED | DATE | PLACE | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | G YES   G NO      AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                             Date                                                    Signature of Server

                                                                          _____
                                                                                          Address of Server

ADDITIONAL INFORMATION

DC 51029402.2

## SUBPOENA OF POINT BLANK ENTERPRISES

### I. DEFINITIONS AND INSTRUCTIONS

A. "Includes" or "Including" shall mean including but not limited to.

B. "Document" or "documents" shall refer to any item subject to production under Rule 34(a) of the Federal Rules of Civil Procedure and shall be construed as broadly as possible to include all notes and drafts and all media on which information can be stored or recorded.

C. "Any" shall mean any and all.

D. "And" and "or" are terms of inclusion and not exclusion, and shall be construed to bring within the scope of the document requests any information that might otherwise be construed to be outside its scope.

E. "SS Body Armor" and/or "Point Blank Solutions, Inc." refers to SS Body Armor I, Inc. (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (f/k/a Protective Apparel Corporation of America); and PBSS, LLC.

F. "Affidavit of Loss" refers to the Affidavit of Loss By Point Blank Solutions, Inc. (formerly known as DHB Industries, Inc.) and the Declaration of T. Scott Avila in Further Support of Point Blank's Restitution Claim in the criminal matter titled *U.S. v. David H. Brooks, et al*, Cr. No. 06-550 (E.D.N.Y.), and the spreadsheet detailing certain expenses. The spreadsheet is attached hereto as Attachment 1.

G. "Communication" shall mean an oral, graphic, demonstrative, telephonic, verbal, electronic, written, or like conveyance of information, including documents.

### II. DOCUMENT REQUESTS

Any documents supporting SS Body Armor's Affidavit of Loss, including but not limited to:

a. Any accounting journal entries reflecting payments and/or accounts payable for expenses that are listed on Attachment 1;

b. Any invoices for expenses that are listed on Attachment 1;

c. Any cancelled checks and/or bank statements reflecting payments made for expenses that are listed on Attachment 1.

d. Any accounting journal entries reflecting Point Blank Solutions, Inc.'s aging accounts payable and/or debt obligations from 2006 through 2010; and

e. Any documents reflecting payments made by or tax obligations of Point Blank Solutions Inc. for back taxes, interest, and penalties to the IRS that are listed on Attachment 1.

# Attachment 1

| UHI for Category | Sub Company Category | Tax Expense Description | 2005 | 2006 | Year of Expense 2007 | 2008 | 2009 | 2010 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Back Taxes | Back Taxes - Employee Payroll | Tax Payment for Former officer's payroll taxes | | | | | 1,054,322 | 40,000 | 1,094,322 |
| Back Taxes | Back Taxes - Employee Payroll | Reduction of refund for carryback to 2005 | | | | | | 852,417 | 852,417 |
| **Back Taxes Total** | | | | | | | 1,054,322 | 892,417 | 1,946,739 |
| BHS Defense | Legal - Brooks | 2006 MILLBANK, TWEED, LEVIN BROOK'S ATTORNEYS | 715,825 | 4,353,407 | (452,390) | | | | 4,616,843 |
| BHS Defense | Legal - Hatfield | 2006 SERCARZ & RIOPELLE -HATFIELD'S ATTORNEYS | 213,396 | 213,396 | 404,848 | 265,791 | 397,318 | 1,894,872 | 3,389,621 |
| BHS Defense | Legal - Brooks | 2006 MINTZ LEVIN COHEN & FERRIS BROOK'S ATTORNEYS | | 1,540,402 | 300,607 | 296,330 | 211,732 | 244,445 | 2,593,516 |
| BHS Defense | Legal - Brooks | BAKER BOTTS | | 1,814,428 | | | | | 1,814,428 |
| BHS Defense | Legal - Schlegel | 2006 KOBRE & KIM | 44,701 | 562,219 | 480,987 | 123,577 | 133,543 | 282,517 | 1,627,543 |
| BHS Defense | Legal - Brooks | MORRIS, NICKELS, ARSHT & TUNNELL | | 10,000 | 11,159 | 378,084 | 3,536 | | 402,780 |
| BHS Defense | Legal - Brooks | PEPPER HAMILTON LLP | 308,175 | | | | | | 308,175 |
| BHS Defense | Legal - Brooks | AKERMAN SENTERFITT | | | 52,519 | 226,141 | | | 278,660 |
| BHS Defense | Legal - Brooks | Schlam, Stone & Dolan | 149,443 | | | | | | 149,443 |
| BHS Defense | Legal - Brooks | Goodwin Procter | | | | | 106,773.40 | 19,880 | 126,654 |
| BHS Defense | Legal - Brooks | Ferber Frost Chan & Essne | 116,460 | | | | | | 116,460 |
| BHS Defense | Legal - Brooks | Robert & Holland | 104,479 | | | | | | 104,479 |
| BHS Defense | Legal - Brooks | Kasowitz, Benson | 95,000 | | | | | | 95,000 |
| BHS Defense | Legal - Brooks | Gibson & Dunn | 91,000 | | | | | | 91,000 |
| BHS Defense | Legal - Hatfield | 2006 BOUCHARD, MARGULES & FRIEDLANDER - HATFIELD | 28,430 | 28,430 | 4,108 | | | | 60,968 |
| BHS Defense | Legal - Hatfield | RITCHIE, DILLARD & DAVIES | 4,797 | | 29,977 | | | | 34,774 |
| BHS Defense | Legal - Brooks | SILVERMAN PERLSTEIN & ACA | 26,500 | | | | | | 26,500 |
| BHS Defense | Legal - Brooks | Sullivan, Ward, Asher & P | 25,961 | | | | | | 25,961 |
| BHS Defense | Legal - Brooks | Ferber Frost Chan & Essne | 15,000 | | | | | | 15,000 |
| BHS Defense | Legal - Brooks | PAUL HASTINGS | | | | | | | |
| BHS Defense | Legal - Brooks | STERN | | | | | | | |
| **BHS Defense Total** | | | 1,939,168 | 8,522,282 | 831,815 | 1,289,923 | 852,903 | 2,441,713 | 15,877,805 |
| Legal D&Os | Legal - D&Os | RICHARDS, KIBBE & ORBE | 169,116 | | 207,620 | 121,456 | 91,523 | 96,247 | 685,961 |
| Legal D&Os | Legal - D&Os | COVINGTON & BURLING | 3,751 | | 12,987 | 149,237 | 220,003 | 66,440 | 452,418 |
| Legal D&Os | Legal - D&Os | HELLER EHRMAN | | | | 257,865 | | | 257,865 |
| Legal D&Os | Legal - D&Os | DLA PIPER | 20,192 | | 106,443 | 1,504 | | | 128,138 |
| Legal D&Os | Legal - D&Os | CARTER LEDYARD & MILBURN LLP | | | | | | | |
| **Legal D&Os Total** | | | 193,058 | | 327,049 | 530,061 | 311,526 | 162,687 | 1,524,382 |
| Remediation | Interim executive management | AUX PARTNERS | | 4,118,525 | (253,408.54) | | | | 3,865,117 |
| Remediation | Forensic Accounting | Huron | | 1,757,985.52 | 1,689,642 | 106,875 | | | 3,554,502 |
| Remediation | Interim executive management | Robert Half | | 554,371 | 1,174,854 | 308,313.74 | | | 2,037,539 |
| Remediation | Tax Restatement | Deloitte & Touche tax advisor and revised income tax returns | | 1,114,024 | | 370,006 | 14,009 | | 1,498,039 |
| Remediation | Financial Restatement | MarcumRachlin, a division of MARCUM LLP | | 826,744 | | | | 171,736 | 998,479 |
| Remediation | Legal | 2007 McDERMOTT, WILL & EMERY | | | 948,938 | | | | 948,938 |
| Remediation | Financial Restatement | FTI Consulting Inc | 316,053 | 612,793 | 12,761 | | | | 941,607 |
| Remediation | Interim executive management | Scott Burte | | 95,680.60 | 469,037 | 244,709.30 | | | 809,417 |
| Remediation | Financial Restatement | RACHLIN | | 605,279 | 19,213 | | | | 624,492 |
| Remediation | Financial Restatement | Steven Douglas consolidation | | 31,055 | 317,413 | 79,495.00 | 182,020 | | 609,983 |
| Remediation | Financial Restatement | Jefferson Wells consultants completing restatements of 2003 thru 2005 10Q's and 10K's | | | 354,515.74 | 123,076 | | | 477,591 |
| Remediation | Interim executive management | MARCIA WIERSMA | | 166,978.88 | 101,591 | | | | 268,570 |
| Remediation | Tax Restatement | Deloitte work on Payroll taxes | | | | | 14,009 | 162,098 | 176,107 |
| Remediation | Forensic Accounting | MARGOLIN, WINER & EVENS LLP | | | | 124,112 | | | 124,112 |
| Remediation | Interim executive management | TATUM, TSFD FROM PBBA | | 9,000.00 | 11,541 | (5,000) | | | 15,541 |
| **Remediation Total** | | | 316052.5 | 9,892,435.88 | 4,846,096 | 1,351,587 | 210,038 | 333,834 | 16,950,042 |
| SEC & CA | Legal - SEC, Class Action | Venable | 371,862 | 2,020,264 | 3,886,887 | | 761,890 | | 7,040,903 |
| SEC & CA | Legal - Class Action | Bryan Cave, SEC investigation | | | | 1,927,511 | | | 1,927,511 |
| SEC & CA | Legal - Class Action | BRYAN CAVE | 354,238 | | 1,426,771 | | | | 1,781,009 |
| SEC & CA | Legal - Class Action | CLIFFORD & CHANCE | 441,378 | | 196,856 | 53,158 | 11,829 | | 703,221 |
| **SEC & CA Total** | | | 1,167,477 | 2,020,264 | 5,510,514 | 1,980,669 | 773,719 | | 11,452,643 |

# McKenna Long
# & Aldridge LLP
Attorneys at Law

| | | |
|---|---|---|
| Albany | | New York |
| Atlanta | | Philadelphia |
| Brussels | | San Diego |
| Denver | 1900 K Street, NW • Washington, DC 20006-1108 | San Francisco |
| Los Angeles | Tel: 202.496.7500 • Fax: 202.496.7756 | Washington, D.C. |
| | www.mckennalong.com | |

GEORGE KOSTOLAMPROS
202.496.7526
Direct Fax: 202.496.7756

EMAIL ADDRESS
gkostolampros@mckennalong.com

June 20, 2013

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

    Re:    *United States v. Brooks*, Cr. No. 06-550

Dear Tomlinson:

    Per our discussions on Tuesday and yesterday with Lisa Sofio, enclosed is a subpoena for records from Point Blank Enterprises, Inc.

                      Respectfully submitted,

                      Nancy R. Grunberg
                      George Kostolampros

cc:    Alan Kornfeld, Esq.
        All Counsel of Record (via ECF)