**CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE**

<u>BEFORE: SEYBERT,J.</u>  <u>DATE: 8/1/2013</u>      <u>TIME: 2:00</u>

<u>DOCKET NUMBER: CR 06- 550</u>      <u>TITLE: USA-V- SCHLEGEL</u>

<u>DEFT NAME: DAVID BROOKS</u>                          <u>DEFT: # 3</u>
       PRESENT <u>X</u> NOT PRESENT  <u>X</u> IN CUSTODY     ON BAIL

                         TAI PARK, STEVEN YUROWITZ, EYAL DROR,
    <u>ATTY. FOR DEFT.: GERALD SHARGEL, GUSTAVE NEWMAN</u>    <u>C.J.A.</u>
              <u>X PRESENT</u>      <u>NOT PRESENT</u>      <u>X RET</u>

        JAMES KNAPP, CHRISTOPHER OTT, BONNI PERLIN,
<u>A.U.S.A. MARY DICKMAN, LAURA MANTELL</u>  <u>DEPUTY CLERK: CHARLES BARAN</u>


<u>COURT REPORTER:</u> H. RAPAPORT

 <u>X</u>   CASE CALLED.  ALL COUNSEL PRESENT.  DEFENDANT NOT PRESENT.

 <u>X</u>   CONFERENCE HELD.

 <u>X</u>   SENTENCE STARTING DATE SET FOR 8/7/2013 AT 10:30AM, WITH
      ADDITIONAL DATES OF 8/8, 8/12, AND 8/15.

 <u>X</u>   DEFT. CONTINUED IN CUSTODY.

 <u>X</u>   OTHER: COURT SETS SCHEDULE AND SCOPE OF ISSUES TO ADDRESS
      EACH DAY OF SENTENCING.