

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TAM:JHK

*610 Federal Plaza, 5th Floor*

*Central Islip, New York  11722*

August 13, 2013

**Via ECF and Hand Delivery**

Honorable Joanna Seybert
United States District Court
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

      Re:    United States v. Brooks, et al.
               Criminal Docket No. 05 CR 0550)(S-2)(JS)

Dear Judge Seybert:

      The undersigned Assistant United States Attorneys represent the United States with respect to asset forfeiture and restitution issues in the above prosecution against defendant David H. Brooks ("Brooks").  In accordance with the Court's August 7, 2013 forfeiture rulings, the government respectfully submits the enclosed amended preliminary order of forfeiture for Brooks.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    Eastern District of New York

                   By:    s/ James H. Knapp
                         James H. Knapp
                         Laura M. Mantell
                         Bonni J. Perlin
                         Mary M. Dickman
                         Assistant U.S. Attorneys
                         (631) 715-7879

cc:    All Counsel of Record (By ECF)