UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

                                                                     MEMORANDUM AND ORDER

        -against-                          06-CR-0550 (JS)(AKT)

SANDRA HATFIELD, DAWN SCHLEGEL, and
DAVID H. BROOKS,

                      Defendants.
----------------------------------------X

SEYBERT, District Judge:

        WHEREAS, in an Order Setting Conditions of Release and Bond, filed on January 3, 2008, the Court authorized David Brooks ("Brooks")' release based upon, in part, a $400 million personal recognizance bond, which was secured by $48 million in assets;

        WHEREAS, as a condition of the release order, the Court ordered Brooks to provide a complete financial disclosure to the government and to consolidate all non-restrained liquid assets into 25 "domestic institutions" unless a foreign account is approved by the United States Attorney's Office;

        WHEREAS, on or about January 14, 2010, Brooks breached the conditions of his release by misrepresenting to the Court the financial monitoring terms of his bail agreement, and

        WHEREAS, in a motion filed on January 19, 2010, the United States requested, among other things, that the Brooks' bail be forfeited;

WHEREAS, on January 22, 2010, the Court determined that Brooks violated his terms of the Court's Bail Release Order and therefore remanded Brooks into custody and ordered forfeiture of the cash collateral securing his personal recognizance bond;

WHEREAS, in a motion filed on April 24, 2015, Movants requested that the Court set aside the bail forfeiture; and

WHEREAS, on June 2, 2015, the Court denied Movants' motion to set aside Brooks' bail forfeiture but reserved the decision as to the disposition of the forfeited funds, therefore ordering that the funds posted for bail are placed into an escrow account within the Clerk of the Court, pending further order of the Court.

[Remainder of Page Intentionally Left Blank]

NOW THEREFORE, IT IS HEREBY ORDERED that, Pershing shall arrange to liquidate all funds on deposit held in the Brooks Bail Bonds Account PR6008563 and shall provide a check made payable to the "Clerk of the Court" and deliver to 610 Federal Plaza, 5th Floor, Central Islip, New York 11722 Attn: Brian Gappa Asset Forfeiture Specialist; and

IT IS FURTHER ORDERED that, the funds shall be deposited with the Clerk of the Court pursuant to the Court's order, pending further disposition by the court.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:　　June _16_, 2015
　　　　　　Central Islip, New York