
**MANDATE**

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of January, two thousand and eighteen.

Before:   Ralph K. Winter,
          Christopher F. Droney,
              *Circuit Judges,*
          Ann M. Donnelly,
              *District Judge.**

_____

| | |
|---|---|
| United States of America, | **CORRECTED JUDGMENT** |
| Appellee-Cross-Appellant, | Docket Nos. 13-3213 (L), |
| | 13-4288 (Con), |
| v. | 14-2577 (Con), |
| | 14-2682 (Con), |
| David H. Brooks, | 15-1156 (Con), |
| | 15-2058 (Con), |
| Defendant- Appellant- Cross- Appellee, | 13-3672 (XAP) |

Dawn Schlegel, Patricia Lennex,

Defendants,

Terry Brooks, Victoria Brooks, Andrew Brooks, Elizabeth Brooks,

Appellants.
_____

The appeals in the above captioned cases from a judgment and orders of the United States District Court for the Eastern District of New York were argued on the district court's record and the parties' briefs.  Upon consideration thereof,

_____

* Judge Ann M. Donnelly, of the United States District Court for the Eastern District of New York, sitting by designation.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Brooks' judgment of conviction is VACATED in part, the order denying the motion to set aside the bail forfeiture is AFFIRMED, the Government's cross-appeal is DISMISSED, and the case is REMANDED for the dismissal of the indictment as to counts I-XI, XV-XVII.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit